# EX. A



Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print      GrantedPublicAccess Logoff MICHAEL_REDA

**20SL-CC02843 - DONNA VORWOLD V AMERICAN SIGNATURE, INC. D/B/A VAL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**05/04/2022** ☐ **Case Mgmt Conf Scheduled**
SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD
**Scheduled For:** 07/21/2022; 9:00 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

☐ **Hearing Continued/Rescheduled**
**Hearing Continued From:** 05/05/2022; 10:30 AM Case Management Conference

**03/02/2022** ☐ **Case Mgmt Conf Scheduled**
SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD
**Associated Entries:** 05/04/2022 - Hearing Continued/Rescheduled
**Scheduled For:** 05/05/2022; 10:30 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

☐ **Hearing Continued/Rescheduled**
**Hearing Continued From:** 02/24/2022; 9:00 AM Case Management Conference

**02/01/2022** ☐ **Entry of Appearance Filed**
EOA Attorney Jason Guerra on behalf of Plaintiff; Electronic Filing Certificate of Service.
**Filed By:** JASON DOUGLAS GUERRA
**On Behalf Of:** DONNA VORWOLD

**01/26/2022** ☐ **Memorandum Filed**
Memorandum for Court; Electronic Filing Certificate of Service.
**Filed By:** MICHAEL REDA
**On Behalf Of:** AMERICAN SIGNATURE INC

**01/19/2022** ☐ **Case Mgmt Conf Scheduled**
SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD
**Associated Entries:** 03/02/2022 - Hearing Continued/Rescheduled
**Scheduled For:** 02/24/2022; 9:00 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

☐ **Hearing Continued/Rescheduled**
**Hearing Continued From:** 01/13/2022; 9:00 AM Case Management Conference

**10/19/2021** ☐ **Case Mgmt Conf Scheduled**
SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD
**Associated Entries:** 01/19/2022 - Hearing Continued/Rescheduled
**Scheduled For:** 01/13/2022; 9:00 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

☐ **Hearing Continued/Rescheduled**

Hearing Continued From: 10/22/2021;  9:00 AM Case Management Conference

**10/05/2021** ☐ **Entry of Appearance Filed**

Entry of Appearance-Michael Reda; Electronic Filing Certificate of Service.
**Filed By:** MICHAEL REDA
**On Behalf Of:** AMERICAN SIGNATURE INC

**09/29/2021** ☐ **Notice to Take Deposition**

Third Amended Notice to Take Videotaped Deposition of Donna Vorwold; Electronic Filing Certificate of Service.
**Filed By:** ADAM SKEEN MCGONIGLE
**On Behalf Of:** AMERICAN SIGNATURE INC, VALUE CITY FURNITURE

**09/21/2021** ☐ **Notice to Take Deposition**

Second Amended Notice to Take Deposition of Donna Vorwold; Electronic Filing Certificate of Service.
**Filed By:** ADAM SKEEN MCGONIGLE
**On Behalf Of:** AMERICAN SIGNATURE INC, VALUE CITY FURNITURE

**09/08/2021** ☐ **Case Mgmt Conf Scheduled**

SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD
**Associated Entries: 10/19/2021 - Hearing Continued/Rescheduled**
**Scheduled For:** 10/22/2021;  9:00 AM ;  ELLEN HANNIGAN RIBAUDO;  St Louis County

☐ **Hearing Continued/Rescheduled**
**Hearing Continued From:** 10/22/2021;  9:00 AM Case Management Conference

**08/10/2021** ☐ **Case Mgmt Conf Scheduled**

SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD To attend Division 18 virtually: ¿ URL: https://mocourts.webex.com/meet/vcdiv18 mtg ¿ Meeting number: 146-118-7149 (www.webex.com and ¿join¿ the meeting) ¿ Audio: dial +1-408-418-9388; enter meeting # 146-118-7149 (tolls apply).
**Associated Entries: 09/08/2021 - Hearing Continued/Rescheduled**
**Scheduled For:** 10/22/2021;  9:00 AM ;  ELLEN HANNIGAN RIBAUDO;  St Louis County

☐ **Hearing Continued/Rescheduled**
**Hearing Continued From:** 08/11/2021;  1:30 PM Case Management Conference

**08/05/2021** ☐ **Notice to Take Deposition**

Amended Notice to Take Deposition of Donna Vorwold; Electronic Filing Certificate of Service.
**Filed By:** ADAM SKEEN MCGONIGLE
**On Behalf Of:** AMERICAN SIGNATURE INC

**07/19/2021** ☐ **Notice to Take Deposition**

Notice to Take Deposition - Donna Vorwold; Electronic Filing Certificate of Service.
**Filed By:** ADAM SKEEN MCGONIGLE
**On Behalf Of:** AMERICAN SIGNATURE INC

**06/03/2021** ☐ **Case Mgmt Conf Scheduled**

SO ORDERED: JUDGE ELLEN RIBAUDO cc: attorneys of record
**Associated Entries: 08/10/2021 - Hearing Continued/Rescheduled**
**Scheduled For:** 08/11/2021;  1:30 PM ;  ELLEN HANNIGAN RIBAUDO;  St Louis County

☐ **Hearing Continued/Rescheduled**

**Hearing Continued From:** 06/03/2021; 9:00 AM Case Management Conference

☐ **Entry of Appearance Filed**

Entry of Appearance - Adam S. McGonigle; Electronic Filing Certificate of Service.
  **Filed By:** ADAM SKEEN MCGONIGLE
  **On Behalf Of:** AMERICAN SIGNATURE INC, VALUE CITY FURNITURE

02/22/2021 ☐ **Certificate of Service**

Plaintiffs Second Supplemental responses to Defendants First Interrogatories.
  **Filed By:** JOSEPH WEIDHAAS
  **On Behalf Of:** DONNA VORWOLD

☐ **Case Mgmt Conf Scheduled**

**Associated Entries:** 06/03/2021 - Hearing Continued/Rescheduled
**Associated Entries:** 02/22/2021 - Order
**Scheduled For:** 06/03/2021; 9:00 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

☐ **Order**

**Associated Entries:** 02/22/2021 - Case Mgmt Conf Scheduled
**Associated Entries:** 01/29/2021 - Motion Hearing Scheduled
**Scheduled For:** 02/22/2021; 9:30 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

02/19/2021 ☐ **Certificate of Service**

Certificate of Service of Plaintiffs Supplemental Discovery Responses.
  **Filed By:** JOSEPH WEIDHAAS
  **On Behalf Of:** DONNA VORWOLD

☐ **Response Filed**

PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO COMPEL; Exhibit A; Exhibit B; Exhibit C.
  **Filed By:** JOSEPH WEIDHAAS

01/29/2021 ☐ **Motion Hearing Scheduled**

**Associated Entries:** 02/22/2021 - Order
**Associated Entries:** 01/28/2021 - Notice of Hearing Filed
**Scheduled For:** 02/22/2021; 9:30 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

01/28/2021 ☐ **Notice of Hearing Filed**

**Filed By:** ADAM SKEEN MCGONIGLE
**On Behalf Of:** AMERICAN SIGNATURE INC
**Associated Entries:** 01/29/2021 - Motion Hearing Scheduled

☐ **Motion to Compel**

Defendant American Signature, Incs Motion to Compel; Ex A; Ex B; Ex C; Ex D; Electronic Filing Certificate of Service.
  **Filed By:** ADAM SKEEN MCGONIGLE

12/14/2020 ☐ **Order**

ORDER OF REMAND FROM US DISTRICT COURT

06/29/2020 ☐ **Notice**

Notice of Filing Notice of Removal; Notice of Removal; Electronic Filing Certificate of Service.
  **Filed By:** MICHAEL REDA

**On Behalf Of:** AMERICAN SIGNATURE INC, VALUE CITY FURNITURE

| | |
|---|---|
| 06/18/2020 | **Corporation Served** |

Document ID - 20-SMCC-4859; Served To - AMERICAN SIGNATURE INC; Server - ; Served Date -
01-JUN-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

| | |
|---|---|
| 05/27/2020 | **Certificate of Service** |

Discovery - to be served with Petition.
**Filed By:** JOSEPH WEIDHAAS
**On Behalf Of:** DONNA VORWOLD

| | |
|---|---|
| 05/26/2020 | **Summons Issued-Circuit** |

Document ID: 20-SMCC-4859, for AMERICAN SIGNATURE INC. Summons Attached in PDF Form
for Attorney to Retrieve from Secure Case.Net and Process for Service.

| | |
|---|---|
| 05/21/2020 | **Filing Info Sheet eFiling** |

**Filed By:** JOSEPH WEIDHAAS

**Pet Filed in Circuit Ct**

Petition.
**On Behalf Of:** DONNA VORWOLD

**Judge Assigned**

DIV 18

20SL-CC02843

Electronically Filed - St Louis County - May 21, 2020 - 02:05 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| DONNA VORWOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Division No. |
| | ) | |
| AMERICAN SIGNATURE, INC. D/B/A | ) | |
| VALUE CITY FURNITURE, | ) | **JURY TRIAL DEMANDED** |
| **Serve:** | ) | |
| **CSC-LAWYERS INCORPORATION** | ) | |
| **SERVICE COMPANY** | ) | |
| **221 Boliver Street** | ) | |
| **Jefferson City, MO  65101**, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION

COMES NOW Plaintiff Donna Vorwold, by and throgh her attorneys of record,

Goldblatt + Singer, and for her causes of actions against Defendant American Signature, Inc., d/b/a

Value City Furniture, states and avers as follows:

## GENERAL ALLEGATIONS

1. At all relevant times herein mentioned, Plaintif Donna Vorwold was and is a

resident of the State of Missouri.

2. Defendant American Signature, Inc. is a foreign corporation, registered in the State

of Missouri for the purpose of operating retail stores.  Defendant American Signature ("Am Sig"

is registered to conduct business in the State of Missouri under the fictitious name Value City

Furniture, a retail store located at or previously located at 7077 Chippewa, St. Louis, MO  63119.

3. The tortious acts, and the injuries caused, as discussed herein, occurred in St. Louis

County, Missouri, providing this Court with jurisdiction and venue over the matter.

1

Electronically Filed - St Louis County - May 21, 2020 - 02:05 PM

4.      At all relevant times to this action, Defendant Am Sig owned and/or possessed and/or controlled the premises known as Value City Furniture, located at 7077 Chippewa, St. Louis, MO  63119 (hereainafter "Value City" or "the premises").  Defendant was responsible for the management, general maintenance, upkeep and safety of the Value City premises.  Defendant had a duty to inspect the premises for dangerous conditions before invitees and/or members of the public were on the property.

5.      At all times relevant times herein mentioned, Plaintff was a guest and invitee of Defendant Am Sig.  Defendant had the expectation of gaining a material benefit from Plaintiff's visit to the premises.  Plaintiff, in turn, was relying on Defendant to prevent unreasonable risks of harm to her while on the premises.

6.      On or about February 16, 2016, Plaintiff was at the premises shopping.  While walking in an area open and available to invitees and/or members of the public, Plaintiff tripped over wooden support slats and fell seriously injuring her left upper arm/shoulder, left knee, and left wrist, necessitating surgical intervention.

7.      Defendant Am  Sig, its agents and employees, owed a duty to inspect the premises on a regular basis, note any dangerous conditions thereof, and remedy, barricade or warn guests and/or invitees about such conditions so that guests or invitees would not be unnecessarily injured.

8.      Defendant Am Sig owed a duty of using reasonable care under the circumstances.

9.      Defendant Am Sig and/or its employees or agents knew or should or could have known of the existence of the dangerous condition of the support slats in an area open and available to invitees and/or members of the public.

Electronically Filed - St Louis County - May 21, 2020 - 02:05 PM

10.     Defendant Am Sig and its employees and/or agents did not use ordinary or reasonable care to maintain the area, warn of the dangerous condition, barricade or mark or light the dangerous condition, or simply remove or correct the dangerous condition.

## COUNT I:  PREMISES LIABILITY

11.     Plaintiff incorporates paragraphs 1 through 10, above, as though fully set foth herein.

12.     At all times herein concerned, Defendant Am Sig had actual control and possession of the premises located at 7077 Chippewa, St. Louis, Missouri 63119.

13.     While exercising ordinary care under the circumstances, Plaintiff was walking in an area open and available to invitees and/or members of the public, Plaintiff tripped over wooden support slats and fell seriously injuring her left upper arm/shoulder, left knee, and left wrist, necessitating surgical intervention.

14.     The wooden support slats Plaintiff tripped on constituted a dangerous conditon.

15.     The dangerous condition was created by Defendant Am Sig, its agents, employees, guests, or invitees at the Value City store.

16.     Defendant Am Sig or its employees or agents did not exercise reasonable or ordinary care to remove, remedy, barricade, mark or warn of the dangerous condition.

17.     As a result of the dangerous condition, the property of Defendant Am Sig or the property under Defendant's possession and control, was not reasonably safe.

18.     The aforesaid fall and the injuries and damages sustained by Plaintiff described below are the direct and proximate result of the negligence, carelessness, faults and omissions of Defendant American Signature in one, more, or all of the following particulars, to wit:

Electronically Filed - St Louis County - May 21, 2020 - 02:05 PM

    a.     choosing not to use reasonable care to remedy, barricade, guard against, mark or warn of the dangerous conditon, when Defendant knew or in the exercise of reasonable or ordinary care could have known about the dangerous conditions;

    b.     choosing not to carefully inspect the floor for dangerous conditions, such as the one presented by the wooden support slats causing a tripping hazard; and

    c.     choosing to allow there to be wooden support slats on the floor where invitees normally walk, causing Plaintiff to trip, fall, and suffer injuries.

19.    Defendant Am Sig's negligence, carelessness, faults and omissions, as aforesaid, directly and proximately cause or contributed to cause Plaintiff to sustain bodily injury, pain and suffering to her left upper arm/shoulder, left knee, and left wrist, necessitating surgical intervention.  Due to her injuries, Plaintiff required care and treatment from hospitals, physicans, and other health care professionals, all at substantial expense.  Plaintiff was caused and continues to have pain, suffering, inconvenience, impaired mobility, impaired activities of daily living, and the ordinary emotional distress that goes with a fall and her resulting injuries, loss of quality of life and inconvenience.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant American Signature, Inc. for damages that are fair and reaonsable, for costs incurred herein, and for all other such damages that the Court deems just and proper under the circumstances.

## COUNT II:  NEGLIGENCE

20.    Plaintiff incorporates by reference the allegations of paragraphs 1 through 19, above, as though fully set forth herein.

Electronically Filed - St Louis County - May 21, 2020 - 02:05 PM

21.    The injuries and damages suffered by Plaintiff, as set forth above, were the direct and proximate result of the negligent acts and/or omissions of Defendant Am Sig, its agents and employees, and each of them, in one, more or all of the following particulars, to wit:

     a.    choosing not to use reasonable care to remedy, barricade, guard against, mark or warn of the dangerous conditon, when Defendant knew or in the exercise of reasonable or ordinary care could have known about the dangerous conditions;

     b.    choosing not to carefully inspect the floor for dangerous conditions, such as the one presented by the wooden support slats causing a tripping hazard; and

     c.    choosing to allow there to be wooden support slats on the floor where invitees normally walk, causing Plaintiff to trip, fall, and suffer injuries.

22.    Defendant Am Sig knew or should or could have known through the use of reasonable or ordinary care that Plaintiff or others like Plaintiff would walk in the area of the dangerous condition, but Defendant still failed to warn, remove, barricade or otherwise remedy the condition.

23.    As a direct and proximate result of the negligent acts and omissions of Defendant American Signature, Inc., its employees and agents, as aforesaid, and the dangerous conditions of the property, Plaintiff suffered the injuries and damages set out above.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant American Signature, Inc. for damages that are fair and reasonable, for costs incurred herein, and for all other such damages that the Court deems just and property under the circumstances.

Electronically Filed - St Louis County - May 21, 2020 - 02:05 PM

**GOLDBLATT + SINGER**

/s/ Joseph M. Weidhaas
Joseph Weidhaas #61912
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
(314) 231-4100 Telephone
(314) 241-5078 Facsimile
jweidhaas@stlinjurylaw.com
Attorneys for Plaintiff



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  20SL-CC02843 |
| Plaintiff/Petitioner:<br>DONNA VORWOLD | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH WEIDHAAS<br>811 NORTH BOONVILLE AVENUE<br>SPRINGFIELD, MO  65802 |
| vs. | |
| Defendant/Respondent:<br> AMERICAN SIGNATURE INC<br>DBA:   VALUE CITY FURNITURE | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  AMERICAN SIGNATURE INC
                           Alias:
                           DBA:  VALUE CITY FURNITURE

CSC-LAWYERS INCORPORATION
221 BOLIVER STREET
JEFFERSON CITY, MO  65101

*COURT SEAL OF*



*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

26-MAY-2020
Date

Further Information:
GJ

                                   Clerk

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
   _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the
   Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name)
   _____(title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                   _____
     Printed Name of Sheriff or Server                                 Signature of Sheriff or Server

                    **Must be sworn before a notary public if not served by an authorized officer:**

                    Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____          _____
                                              Date                                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00\_\_\_\_ | |
| Mileage | $_____ | (\_\_\_\_\_ miles @ $.\_\_\_\_\_ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.   However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-4859**   2    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,

54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-4859**     3     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,

54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Louis County - May 27, 2020 - 03:20 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

DONNA VORWOLD,                          )
                                        )
              Plaintiff,                )       Case No.  20SL-CC02843
                                        )
v.                                      )       Division No.  18
                                        )
AMERICAN SIGNATURES, INC.               )
D/B/A VALUE CITY FURNITURE,             )
                                        )
              Defendant.                )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of May, 2020

    1.    Plaintiff's First Interrogatories to Defendant American Signatures, Inc.,
d/b/a Value City Furniture;

2.    Plaintiffs' First Request for Production of Documents to Defendant American
Signatures, Inc., d/b/a Value City Furniture;

Along with a Certificate of Service were forwarded to Cole County Sheriff's
Department, along with a copy of the Petition for service, as well as a CD-ROM
containing Plaintiff's First Interrogatories and First Request for Production of Documents
to Defendant American Signatures, Inc., d/b/a Value City Furniture in Microsoft Word
Format.

**GOLDBLATT + SINGER**

*/s/Joseph M. Weidhaas*
Joseph Weidhaas #61912
jweidhaas@stlinjurylaw.com
8182 Maryland Avenue- Suite 801
St. Louis, MO  63105
(314) 231-4100—Office
(314) 241-5078—Facsimile
Attorneys for Plaintiff



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | | |
|---|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC02843 | **RECEIVED** |
| Plaintiff's/Petitioner:<br>DONNA VORWOLD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH WEIDHAAS<br>811 NORTH BOONVILLE AVENUE<br>SPRINGFIELD, MO 65802 | MAY 29 2020<br><br>COLE COUNTY<br>SHERIFF'S OFFICE |
| Defendant/Respondent:<br>AMERICAN SIGNATURE INC<br>DBA:  VALUE CITY FURNITURE | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

<div align="center">

**Summons in Civil Case**

</div>

The State of Missouri to:  AMERICAN SIGNATURE INC

        Alias:

        DBA:  VALUE CITY FURNITURE

CSC-LAWYERS INCORPORATION
221 BOLIVER STREET
JEFFERSON CITY, MO 65101

**FILED**

**JUN 18 2020**

**JOAN M. GILMER**
CIRCUIT CLERK, ST. LOUIS COUNTY

COURT SEAL OF

ST. LOUIS COUNTY

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

    **SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>26-MAY-2020</u>
Date

Further Information:
GJ

_____
Clerk

---

<div align="center">

**Sheriff's or Server's Return**

</div>

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to CSC Lawyers, S.L. (name) designee (title).

☐ other _____

Served at 350 E. Hgt _____ (address)

in Cole (County/City of St. Louis), MO, on 06·01·2020 (date) at 800AM (time).

Sheriff John P Wheeler    By    S Anne Whoe
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date

_____
Notary Public

---

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $. _____ per mile) |
| Total | $ _____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



Electronically Filed - St Louis County - June 29, 2020 - 09:08 AM

**IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI**

DONNA VORWOLD,                           )
                                         )
      Plaintiff,                       )        Cause No. 20SL-CC02843
                                         )
Vs.                                      )
                                         )        NOTICE OF REMOVAL
AMERICAN SIGNATURE, INC.,                )
d/b/a  VALUE CITY FURNITURE,  )        DEFENDANT DEMANDS
                                         )        TRIAL BY JURY
      Defendant.                       )

<u>NOTICE OF FILING NOTICE OF REMOVAL</u>

TO:   **CLERK OF COURT**

     **PLEASE TAKE NOTICE** that a Notice of Removal of the above-captioned proceeding

from the Circuit Court of St. Louis County, State of Missouri to the United States District Court

for the Eastern District of Missouri, was duly filed on  June 29, 2020,  by Defendant, American

Signature, Inc. d/b/a Value City Furniture, pursuant to 28 U.S.C. § 1452.  A true and correct copy

of such Notice of Removal (**without exhibits**) is attached hereto.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1452, jurisdiction

now lies exclusively with the District Court and has been divested from this Honorable tribunal.

           HEPLERBROOM LLC

           By:    /s/Michael Reda
           MICHAEL REDA   #33591
           MREDA@heplerbroom.com
           211 North Broadway, Suite 2700
           St. Louis, MO  63102
           314/241-6160 – Telephone
           314/241-6116 – Facsimile
           Attorneys for Defendant, American Signature, Inc.
           d/b/a Value City Furniture

<u>**CERTIFICATE OF SERVICE**</u>

Electronically Filed - St Louis County - June 29, 2020 - 09:08 AM

   I hereby certify that I electronically filed on this 29th day of JUNE, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
T: 314-231-4100 / F: 314-241-5078
jweidhaas@stlinjurylaw.com
Attorneys for plaintiff

*/s/ Michael Reda*

Electronically Filed - St. Louis County - June 29, 2020 - 09:08 AM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

DONNA VORWOLD,                          )
                                        )
      Plaintiff,                       )
                                        )
Vs.                                     )          Cause No. 20-856
                                        )
AMERICAN SIGNATURE, INC.,               )
d/b/a  VALUE CITY FURNITURE,            )          DEFENDANT DEMANDS
                                        )          TRIAL BY JURY
      Defendant.                       )

**NOTICE OF REMOVAL**

In accordance with the provisions of 28 U.S.C. § 1441, *et seq*., notice is given as follows:

1.     Defendant American Signature, Inc. d/b/a Value City Furniture ("American Signature") removes this action from the Twenty First Judicial Circuit for St. Louis County, Missouri (the "State Court") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Removal is warranted under 28 U.S.C. § 1441 because this Court has original jurisdiction under 28 U.S.C. § 1332 as there is complete diversity between the parties and the amount in controversy exceeds $75,000. In support of this Notice, American Signature states as follows:

**BACKGROUND**

2.     On May 21, 2020, Plaintiff filed her Complaint in the Circuit Court for the Twenty First Judicial Circuit for St. Louis County, Missouri against Defendant American Signature, Inc. d/b/a Value City Furniture, as Case No. 20SL-CC02843 (the "State Court Action").

3.     In the Petition, Plaintiff alleges that American Signature, Inc. negligently and carelessly created a dangerous condition on its property or otherwise allowed a dangerous condition to exist on its property and negligently failed to warn plaintiff that such condition existed and failed to barricade the condition, all of which caused plaintiff to fall and sustain

injury.  See plaintiff's Petition; a copy of all pleadings, orders, and other documents on file in the state court is attached hereto as "Exhibit A."

4.      As a result of this fall, Plaintiff alleges that she sustained "bodily injury, pain and suffering to her left upper arm/shoulder, left knee and left wrist, necessitating surgical intervention."  Plaintiff further alleges that due to her injuries, "plaintiff required care and treatment from hospitals, physicians and other health care professionals, all at substantial expense."  Plaintiff further claims she "was caused and continues to have pain, suffering, inconvenience, impaired mobility, impaired activities of daily living and the ordinary emotional distress that goes with a fall and her resulting injuries, loss of quality of life and inconvenience."  See Petition ¶19.

5.      Based on these alleged injuries, plaintiff prays for damages "that are fair and reasonable, for costs incurred herein, and for all other such damages that the Court deems just and property [sic] under the circumstances.  See Petition.

6.      Upon information and belief, American Signature, Inc. was served with the State Court Action on June 1, 2020.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

7.      The Circuit Court for the Twenty First Judicial Circuit for St. Louis County, the court in which this action is pending, is located within the jurisdiction of the United States District Court for the Eastern District of Missouri. *See* 28 U.S.C. § 105(a)(1). Venue is therefore proper in this Court, pursuant to 28 U.S.C. § 1441(a).

8.      Pursuant to the provisions of 28 U.S.C. § 1446(d), American Signature, Inc. will promptly file a copy of this Notice of Removal with the clerk of the Circuit Court for the Twenty

Electronically Filed - St. Louis County - June 29, 2020 - 09:08 AM

Electronically Filed - St Louis County - June 29, 2020 - 09:08 AM

First Judicial Circuit for St. Louis County, and will serve a copy of the same upon plaintiff's counsel.

9.      As noted above, pursuant to 28 U.S.C. § 1446(a), a full copy of the State Court file—including all process, pleadings, and orders that have been served upon Defendant—is attached as Exhibit A.

## DIVERSITY OF CITIZENSHIP EXISTS

10.     The Court has jurisdiction over this action, pursuant to 28 U.S.C. § 1332(a) because it is a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

### *The Parties Are Citizens of Different States*

11.     According to her Complaint, Plaintiff Donna Vorwold is, and was at the time this action was filed, a resident and citizen of the State of Missouri.

12.     Defendant American Signature, Inc. is, and was at the time this action was filed, a corporation organized under the laws of the State of Ohio, with its principal place of business in Columbus, Ohio. Therefore, American Signature, Inc. is a citizen of Ohio for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c).

13.     Thus, based on the information available, diversity is complete as Plaintiff and Defendants are citizens of different states, and this Court has subject matter jurisdiction over this matter.

### *The Amount in Controversy Exceeds $75,000*

14.     As a result of Donna Vorwold's alleged injuries, Plaintiff seeks unspecified damages.  When the amount in controversy is not directly stated, it can be "ascertain[ed]from a

Electronically Filed - St Louis County - June 29, 2020 - 09:08 AM

reasonable and common reading of the Petition." McCoy by Webb v. Gen. Motor Corp., 226 F.Supp.2nd 939 (N.D. Ill. 2002).

15.     Because of the alleged severity of the injuries described by Plaintiff, including allegations of past and continuing medical expenses, past and continuing pain and suffering and loss of normal life and surgical treatment, it is readily apparent that the damages claimed by Plaintiffs exceed $75,000.00. Allmon v. Walgreens Co., No. 4:09 CV 1151 DDN, 2010 WL 1292172, At *1 (E.D. Mo. Apr. 5, 2010) (holding amount-in-controversy requirement satisfied where plaintiff alleged severe and permanent injuries), Quinn v. Kimble, 228 F.Supp. 2d 1038, 1041 (E.D. Mo. 2002) (holding amount-in-controversy met where plaintiff alleged head, neck, and back injuries; incurred medical expenses and will incur further such expenses; have permanent, progressive, and disabling injuries;" and alleged lost wages). Indeed, Plaintiff's counsel has made a pre-litigation settlement demand of $150,000.00. In fact, since the filing of her case, plaintiff's counsel has recently communicated a $149,000 demand. Jackson v. Fitness Reserve Group, Inc., 2012 w/2873668 (E.D. Mo. 2012): "Although the existence of a settlement demand does not resolve [the amount in controversy] issue, it is relevant."[1]

16.     Moreover, when a plaintiff's complaint does not specifically state the amount in controversy, a defendant can point to relevant evidence to satisfy their burden of establishing an amount in controversy greater than $75,000.00. See Chase v. Shop "N Save Warehouse Foods, Inc., 110 F.3d 424, 427–28 (7th Cir. 1997) (recognizing that, in such cases, "the district court may look outside the pleadings to other evidence of jurisdictional amount in the record").

---

[1] This Court has held that consideration of pre-settlement demand letters sent by plaintiff's counsel exceeding the amount in controversy are properly considered to establish that the amount in controversy has been established. See Memorandum and Order of Chief Judge Rodney Sippel in Nulcie v. Masterbrand Cabinets, Inc., Case No. 4:15-cv-491-RWS.

17.     In this case, Plaintiff's attorney has submitted correspondence, as well as medical bills, indicating that Plaintiff has already incurred in excess of $50,000.00 in medical bills following the accident. This large amount of medical bills in combination with Plaintiff's allegations that she has suffered past and continues to experience pain and suffering, will continue to incur expenses for treatment, and has experienced a loss of normal life are sufficient to demonstrate that the amount in controversy exceeds $75,000.  The Eighth Circuit has instructed that the question "is not whether the damages are greater than the requisite amount, but whether a fact finder might legally conclude that they are." *Kopp v. Kopp,* 280 F.3d 883, 885 (8th Cir. 2002). Therefore, so long as a jury could award more than $75,000.00, the amount-in-controversy threshold is met. Indeed, this is precisely what the court found in *Quinn v. Kimble,* 228 F. Supp. 2d 1038 (E.D. Mo. 2002) when it denied a motion to remand after concluding that "a jury *could* award the requisite jurisdictional amount given that plaintiffs suffered head, neck, and back injuries; incurred medical expenses and will incur further such expenses; have permanent, progressive, and disabling injuries; that their ability to work, labor, and enjoy life has been and will be impaired; and that Quinn lost wages." *Id.* at 1040-41. There, the court acknowledged the fact that there were "several cases in which St. Louis City juries have awarded verdicts in amounts as high as 45 times the medical bills, or greater than $75,000 for `soft-tissue injuries.'" *Id.* at 1040; *see also Hartford Ins. Co. of Midwest v. Wyllie,* No. 4:04 CV 1537 DDN, 2005 WL 902776, at *3 (E.D. Mo. Mar. 28, 2005) (referencing the same fact as bearing upon the court's ultimate conclusion to deny remand). Here, in addition to soft tissue injuries, plaintiff has alleged a fractured shoulder which was surgically repaired.

Electronically Filed - St. Louis County - June 29, 2020 - 09:08 AM

18.     Accordingly, the amount of medical bills allegedly incurred as a result of this incident, in combination with Plaintiff's allegations that she has suffered past and future pain and suffering, past and future expense for treatment, underwent surgery and experienced a  loss of normal life, in conjunction with plaintiff's pre-litigation settlement demand of $150,000.00 are sufficient to demonstrate that the amount in controversy exceeds $75,000.  That is, Defendant has demonstrated by a preponderance of the evidence that this Court has jurisdiction of over the subject matter. (See Altimore v. Mount Mercy College, 420 F.3d 763, 768 (8th Cir. 2005) holding that defendant bears burden of establishing federal jurisdiction by a preponderance of the evidence.

19.     Because (i) there is diversity of citizenship between the parties and (ii) the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Court has original jurisdiction under 28 U.S.C. § 1332. Accordingly, American Signature, Inc. is entitled, pursuant to 28 U.S.C. § 1441(a), to remove this action to the United States District Court for the Eastern District of Missouri.

## CONCLUSION

20.     For these reasons, this Court has jurisdiction over this matter based on diversity of citizenship pursuant to 28 U.S.C. § 1332 and this action may be removed from the Twenty First Judicial Circuit for St. Louis County and brought before the United States District Court for the Eastern District of Illinois, pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendant American Signature, Inc. gives notice that the action styled Donna Vorwold v. American Signature, Inc., d/b/a Value City Furniture, in the Twenty First Judicial Circuit for St. Louis County, Case No. 20SL-CC02843, is removed to the United States District Court for the Eastern District of Missouri and requests that said district court assume

Electronically Filed - St Louis County - June 29, 2020 - 09:08 AM

jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

**DEFENDANT FURTHER REQUESTS A TRIAL BY JURY ON ALL COUNTS OF PLAINTIFF'S PETITION**

Respectfully Submitted,

HEPLERBROOM LLC

By:     /s/Michael Reda
MICHAEL REDA                 # 33591MO
mreda@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO  63102
314/241-6160 / 314/241-6116 – Facsimile
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this 29th day of JUNE, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
T: 314-231-4100 / F: 314-241-5078
jweidhaas@stlinjurylaw.com
Attorneys for plaintiff

/s/ Michael Reda

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**FILED**
12-14-2020
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

DONNA VORWOLD,                        )
                                      )
            Plaintiff,                )
                                      )
      v.                              )          No. 4:20CV856 JCH
                                      )
AMERICAN SIGNATURE, INC., d/b/a       )
VALUE CITY FURNITURE,                 )
                                      )
            Defendant.                )

## ORDER OF REMAND

**IT IS HEREBY ORDERED**, **ADJUDGED and DECREED** that this matter is

**REMANDED** to the Circuit Court of St. Louis County, State of Missouri.

Dated this 21st Day of October, 2020.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| DONNA VORWOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 20SL-CC02843 |
| | ) | |
| Vs. | ) | Div.    18 |
| | ) | |
| AMERICAN SIGNATURE, INC., | ) | |
| d/b/a  VALUE CITY FURNITURE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT AMERICAN SIGNATURE, INC.'S**
**MOTION TO COMPEL**

COMES NOW Defendant American Signature, Inc. ("American Signature"), by and through counsel, and for its Motion to Compel, states as follows:

1.      On or about August 12, 2020, American Signature served its Interrogatories and Requests for Production on Plaintiff.

2.      Plaintiff served her objections and responses to discovery on October 12, 2020. *See* Plaintiff's Answers to Interrogatories and Responses to Requests for Production, *attached hereto as* Exhibits A and B, respectively.

3.      On October 14, 2020, in a good faith effort to resolve this discovery dispute without court intervention, the defense counsel contacted Plaintiff's counsel regarding the deficiencies in Plaintiff's discovery responses. *See* Correspondence from Adam McGonigle, *attached as* Exhibit C. Plaintiff's counsel did not respond.

4.      American Signature respectfully requests the Court compel Plaintiff to supplement her discovery responses as follows:

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

### A.      **Medical Records Authorizations**

American Signature's Request for Production No. 1 seeks authorizations whereby Defendant may obtain Plaintiff's medical records dating back 5 years from the incident at issue in Plaintiff's Complaint. The authorizations Plaintiff provided, however, improperly seek to limit the production to medical records involving only Plaintiff's *left* arm, *left* shoulder, *left* knee, and *left* wrist. This was, presumably, an effort to prevent Defendant from obtaining Plaintiff's medical records from a prior 2014 car accident, in which Plaintiff purportedly injured her *right* leg, *right* knee, and *right* ankle, according to Plaintiff's Answers to Interrogatories. Exhibit A, No. 12.

Defendant acknowledges that medical records authorizations must be limited in time and tailored to the allegations in a plaintiff's complaint. But Defendant is entitled to records relating to treatment of *both* of Plaintiff's arms/shoulders, knees, legs, and wrists because any injury or impairment to any of Plaintiff's extremities, especially her legs and knees, would be relevant to the cause of the trip and fall accident alleged in Plaintiff's Complaint. Moreover, the records are relevant to the credibility of Plaintiff's injury allegations as those allegations have shifted over time. As noted, Plaintiff's Answers to Interrogatories in this case state that Plaintiff injured her *right* leg, *right* knee, and *right* ankle in the prior 2014 motor vehicle accident. Her pleadings from that case, however, tell an entirely different story. In her First Amended Petition in that matter, *Vorwold v. Sodipo*, 18SL-CC01147, Plaintiff alleges she injured her *left* leg, *left* knee, and *left* ankle, the same body parts supposedly at issue in this case. *See* First Amended Petition from Case No. 18SL-CC01147, *attached as* Exhibit D. Additionally, one of Plaintiff's medical providers refused to produce *any* of Plaintiff's medical records or bills because the authorization was too narrow. Obviously, medical providers do not keep separate medical records for the right side and left side of the body, as Plaintiff's authorizations would require.

2

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

For these reasons, Defendant requests the Court compel Plaintiff to execute authorizations whereby Defendant may obtain Plaintiff's medical records dating back to February 16, 2011 (5 years before the incident at issue in this matter) and limited to Plaintiff's arms, legs, knees, ankles, wrists, shoulders, and arms.

**B.**     **Photos, Videos, and Movies of Plaintiff's Injuries**

American Signature's Request for Production No. 4 seeks photographs, videos, and movies reflecting Plaintiff's injuries. Plaintiff responded that she will "seasonably supplement." Plaintiff's discovery responses were originally due Sept. 12, 2020. She did not serve her initial responses until a month later. Whatever responsive photographs, videos, or movies Plaintiff may have should have already been produced. Defendant therefore requests the Court compel Plaintiff to do now.

**C.**     **Social Media**

American Signature's Interrogatory 19 and Requests for Production 13 and 15 seek information about and copies of any postings, photos, messages, or videos made by Plaintiff on social media platforms and comments posted by others in response. Plaintiff objected that this is an "invasion of privacy." That is incorrect.

Discovery on Plaintiff's social media use is well within the broad scope of discovery permitted under Rule 26. Plaintiff's social media accounts, postings, and messages may reveal information about Plaintiff's alleged injuries, Plaintiff's physical condition before and after the incident, Plaintiff's mental or emotional states before and after the incident, the activities Plaintiff was and was not able to participate in before and after the accident, and the circumstances of the accident itself. This is why numerous federal and state courts across the country have determined that social media evidence is discoverable. *See, e.g., Michael Brown, Sr. v. City of Ferguson*, 2017 WL 386544 (E.D. Mo. 2017) (requiring disclosure of all social media over 5-year span, including

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

"private" posts and messages); *Rhone v. Schneider National Carriers*, 2016 WL 1594453 (E.D.Mo. 2016) (requiring plaintiff to download and produce all Facebook information for her account from date of accident to present); *Mailhoit v. Home Depot U.S.A., Inc.*, 285 F.R.D 566, 570 (C.D. Cal. 2012) (holding that social media content is neither privileged nor protected by a right of privacy). American Signature therefore requests this Court order Plaintiff to respond to Interrogatory 19 and Requests for Production 13 and 15.

<div align="center">

**D.**  **Prior Medical Providers**

</div>

Interrogatory No. 12 seeks the names and addresses of health care providers who treated or examined Plaintiff for the injuries she sustained in the June 13, 2014 car accident. Plaintiff objected on relevance and patient-physician privilege grounds. Given Plaintiff's shifting explanations about which body parts were injured, as detailed above, these records are certainly relevant. Moreover, a plaintiff who puts her physical condition at issue in a lawsuit waives the patient-physician privilege for the purposes of the lawsuit. *State* ex rel *Stecher v. Dowd*, 912 S.W.2d 462 (Mo. banc 1995). Defendant therefore respectfully requests the Court enter an order compelling Plaintiff to identify these medical providers and provide the corresponding medical records release authorizations.

WHEREFORE, Defendant American Signature Inc. respectfully requests the Court enter an order compelling Plaintiff to serve full and complete answers and responses as outline above, including production of executed authorizations, within seven (7) days of the Court's Order, together with such other and further relief as the Court deems just and proper.

HEPLERBROOM LLC

By:_____/s/ Adam McGonigle_____
MICHAEL REDA            # 33591MO
mreda@heplerbroom.com
ADAM S. McGONIGLE        #66073MO
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160 / 314/241-6116 – Facsimile
*Attorneys for Defendant*

## PROOF OF SERVICE

I hereby certify that I electronically filed on this 28th day of January, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
T: 314-231-4100 / F: 314-241-5078
jweidhaas@stlinjurylaw.com
Attorneys for Plaintiff

/s/ Adam McGonigle_____

# EX. A

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DONNA VORWALD                          )
                                       )
                    Plaintiff,         )          Case No.  4:20 CV 00856 JCH
                                       )
v.                                     )
                                       )
AMERICAN SIGNATURES, INC. D/B/A        )
VALUE CITY FURNITURE                   )
                                       )
                    Defendant.         )

**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT'S  FIRST
INTERROGATORIES DIRECTED TO PLAINTIFF**

COMES NOW Plaintiff, by and through the undersigned counsel, and for her Answers and

Objections to Defendant American Signature, Inc. d/b/a Value City Furniture's First

Interrogatories to Plaintiff states:

1.      Please state:

(a)     The name and address of the person or persons answering these
        interrogatories;
(b)     His/her relationship to plaintiff; and
(c)     His/her position of employment.

**ANSWER:**
(a) Donna Vorwold;
(b) Self;
(c) Independent Contractor – computer sales, roadshows.

2.      BACKGROUND INFORMATION

Please state:

(a)     Plaintiff's full name;
(b)     Name of plaintiff's spouse and date of marriage;
(c)     Names of plaintiff's former spouse(s) and dates of marriage(s);
(d)     Plaintiff's maiden name, if applicable;
(e)     Any other names by which plaintiff has gone during her lifetime;

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

(f)     Plaintiff's age and date of birth;
(g)     Plaintiff's social security number;
(h)     Any other addresses at which plaintiff's has lived during the past five years;
(i)     Plaintiff 's present employer's name and position of employment;
(j)     Previous employers' names for the past five (5) years and the dates of your employment there; and
(k)     Whether or not at the time of the collision referred to in plaintiff's petition, this plaintiff was performing any business task or job at the request of or on behalf of plaintiff's employer, and if so, please state the nature of the task or job being performed and the name of the employer.

**ANSWER:**
(a) Donna Maria Vorwold;
(b) Spouse:  Robert Vorwold;  Date of Marriage:  ███████
(c) Turnbough; Williams – Plaintiff does not recall the dates of marriage;
(d) Russo;
(e) Donna Russo; Donna Turnbough; Donna Williams;
(f) Age:  ███; Date of Birth:  ████████;
(g) ████████████;
(h) N/A;
(i) Independent Contractor;
(j)  Defendant is referred to Plaintiff's answer to subpart (i);
(k) At the time of the fall Plaintiff was not performing any business task or job.

3.     STATEMENTS

Are you aware of any statement made by defendant regarding the occurrence mentioned in the petition, whether oral, written or recorded in any way, including, but not limited to, a stenographic, mechanical, electrical, audio, video, motion picture, photograph, or other recording, or transcription thereof, and, if so, state the following:

(a)     Date, place, and time taken;
(b)     Name and addresses of all persons connected with taking it;
(c)     Names and addresses of all persons present at the time it was taken;
(d)     Whether the statement was oral, written, shorthand, recorded, taped, etc.;
(e)     Was it signed:
(f)     Names and addresses of the persons or organizations under whose direction and upon whose behalf it was taken or made;
(g)     Please attach an exact copy of the original of the statement, interview, report, film, or tape to your answers to these interrogatories; if oral, please state verbatim the contents thereof.

**ANSWER:**     None other than the statement provided by Greg Meyer provided in the

Defendant's Discovery Responses.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

4.    PHOTOGRAPHS. ETC.

State whether there exist photographs, videotapes, or movies with respect to the incident, the scene of the occurrence, and/or the damage to mentioned in the Petition. If so, state the following:

(a)    Describe each photograph, video or movie;
(b)    State the date each was taken;
(c)    State the name and address of the person taking each such photo, video, or movie;
(d)    State the name, address, employer, insurer and job title of the person presently having control or custody of each photograph, video or movie.

**ANSWER:**    Defendant is referred to the photographs included in the attached Share File Link

and Bates labeled VORWOLD PROD 000001-000002 and previously produced in Plaintiff's

Rule 26(a)(1) Disclosures.

Digital copies of said photographs are in the possession of counsel.

5.    EXPERTS

List and identify:

(a)    Each person this plaintiff expects to call as an expert witness at trial, stating for each such expert:

(i)    Name:
(ii)   Address:
(iii)  Occupation;
(iv)   Place of Employment;
(v)    Qualifications to give an opinion (if such information is available on an expert's curriculum vitae you may attach a copy thereof in lieu of answering this interrogatory subpart);

(b)    With respect to each expert listed, please state the subject matter on which the expert is expected to testify and the expert's hourly deposition fee.
(c)    Identify each non-retained expert witness, including a party, who the plaintiff expects to call at trial who may provide expert witness opinion testimony by providing the expert's name, address and field of expertise. State also any opinions the expert will testify to at trial.

**ANSWER:**    Plaintiff may call treating physicians to testify concerning the nature,

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

extent, causation, type of treatment and cost of treatment.  In addition, Plaintiff reserves the right to name additional retained experts if further investigation and discovery reveals they are necessary to Plaintiff's causes of action.  Plaintiff reserves the right to elicit testimony from any and all retained expert witnesses identified as a retained expert witness by any party, called by any party at trial or presented by any party for deposition.

Treating Physicians, including but not limited to:



6.      WITNESSES

State the names and addresses of every person known by plaintiff, plaintiff's representatives or plaintiff's attorney to have witnessed the occurrence mentioned in the petition, or who was present at the scene within sixty (60) minutes of the occurrence. Designate which of such people actually claim to have witnessed the occurrence.

**ANSWER:**
Donna Vorwold
2761 Hermitage Avenue
St. Louis, MO  63143

Within one hour:
Gregory Meyer, Value City Manager
36 Jacob Trenton Court
Wentzville, MO  63385

Unknown Store employee



7.      CRIMINAL RECORD

State whether plaintiff has ever pleaded guilty to or has ever been convicted of a felony or misdemeanor (State or Federal), and if your answer is in the affirmative, please state:

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

    (a)     The date of any such plea or conviction;
    (b)     The state and county where said plea or conviction occurred;
    (c)     The offense for which you pled guilty or were convicted.

**ANSWER:**    None.

    8.     DESTINATION. ETC.

State where you were coming from and the place of your destination at the time of the incident in question.

**OBJECTION:**    Plaintiff objects to this interrogatory in that it is not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving said objection, Plaintiff was inside the Value City store.

    9.     ALCOHOL ETC.

State whether the plaintiff consumed alcoholic beverages, medication, or drugs within a ten hour period prior to the incident in question, and if so, state the names and addresses of the places where said alcoholic beverages, medication, or drugs were consumed and describe the quantity and type of drinks, medication or drugs which were consumed in said period of time.

**ANSWER:**    None.

    10.    INJURIES

State the parts of Plaintiff's body, if any, injured in the occurrence mentioned in the Petition, and for each part of her body so injured state the following:

    (a)     The date of onset; and
    (b)     Whether they continue today.

**ANSWER:**    Left upper arm/shoulder, left knee and left wrist, necessitating surgical intervention.

    (a) February 16, 2016;
    (b) Yes.

    11.    OTHER ILLNESSES OR INJURIES

Has plaintiff had any illnesses, impairment or injuries to the parts of the body injured in the occurrence mentioned in the petition and/or Interrogatory No. 10 either before or after the incident which is the subject of this lawsuit?

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**ANSWER:**    No

If you answered "YES" to this question, please state the following for each injury:

(a)    The date sustained or suffered;
(b)    The parts of the body involved;
(c)    The nature or type;
(d)    The name and address of each health care provider who treated or examined plaintiff's decedent.

**ANSWER:**    N/A.

12.    CLAIMS AND LAWSUITS

Has plaintiff ever filed another lawsuit, made a claim for bodily injury, or filed a workers' compensation claim during her lifetime?

**ANSWER:**    Yes

If you answered "YES" to this question, please state the following for each claim or lawsuit:

(a)    The date filed or lodged;
(b)    The nature or type of lawsuit or claim;
(c)    The name of the court, commission or other body in which the claim or lawsuit was brought;
(d)    The illnesses, injuries or physical condition alleged;
(e)    State whether any money was received, whether by settlement or trial, and if so, the amount;
(f)    The names and addresses of all health care providers who treated plaintiff or examined plaintiff for the claim or lawsuit.

**ANSWER:**
(a) March 14, 2018;
(b) MVA;
(c) St. Louis County Circuit Court;
(d) Ribs, Right leg, Right knee and Right ankle;
(e) None;
(f) Objection – Plaintiff objects to this subpart in that it is not reasonably calculated to lead to the discovery of admissible evidence, violates the physician-patient privilege and invades Plaintiff's privacy.

13.    SETTLEMENTS

Has plaintiff received any settlement monies or other thing of value from any person, company, firm, corporation or association as a settlement, in whole or in part, of your personal-injury claim, lost-wages claim, and/or personal-property-damage claim?

**ANSWER:**    None.

If you answered "YES" to this question, please state the following:

(a)    The name and address of the person, firm, association, company or corporation from whom any such settlement was made;

(b)    The name and address of the person, firm, association, company or corporation on whose behalf any such settlement was made;

(c)    The amount or value of any such settlement;

(d)    Whether any forms or papers (settlement documents) were executed, excluding statements of the facts, and describe and identify the nature of any such papers or documents;

(e)    If you do not possess or have access to the papers or forms (settlement documents) mentioned in Number (d) above, then state the name and address of the person, firm, association, company or corporation that has possession of said papers or forms (settlement documents).

**ANSWER:**    None.

14.    AMOUNT CLAIMED

What dollar amount of damages is plaintiff seeking as compensation for plaintiff's claimed injuries? Please delineate the personal-injury damages, lost-wages damages, and personal-property damages that are claimed.

**ANSWER:**    A fair and reasonable amount as determined by the jury.

15.    MEDICAL CARE

State the names and addresses of all doctors, hospitals or health care providers who have treated, examined or attended plaintiff since the occurrence in question and because of it, and for each listed, please state:

Defendant is referred to the medical records and bills included in the attached Share File Link and previously provided in Plaintiff's Rule 26(a)(1) Disclosures.



Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM



Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM



(a)    The amount of the bill from each such health care provider for services rendered because of the occurrence in question.

**ANSWER:**    Defendant is referred to the medical bills included in the attached Share File Link and previously provided in Plaintiff's Rule 26(a)(1) Disclosures.

(b)    The amount paid to each such health care provider for services rendered because of the occurrence in question.

**OBJECTION:**    Plaintiff objects to this interrogatory in that is violates the work product doctrine and seeks information equally available to Defendant.  Subject to and without waiving said objections, Defendant is referred to the medical bills included in the attached Share File Link and previously provided in Plaintiff's Rule 26(a)(1) Disclosures.

(c) The amount still owed to each such health care provider for services rendered because of the occurrence in question.

**OBJECTION:**    Plaintiff objects to this interrogatory in that is violates the work product doctrine and seeks information equally available to Defendant.  Subject to and without waiving said objections, Defendant is referred to the medical bills included in the attached Share File Link and previously provided in Plaintiff's Rule 26(a)(1) Disclosures.

(d)    The number of visits and the specific dates of each visit plaintiff has made to each of these health care providers because of the occurrence.

**ANSWER:**    Defendant is referred to the medical bills and records included in the attached Share File Link and previously provided in Plaintiff's Rule 26(a)(1) Disclosures.

(e)    The conditions for which plaintiff was examined or treated.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**ANSWER:**    Defendant is referred to the medical bills and records included in the attached Share File Link and previously provided in Plaintiff's Rule 26(a)(1) Disclosures

    (f)    If you claim that plaintiff received a medical examination, care or treatment because of the occurrence mentioned in the petition, please sign and return the attached medical authorization, after inserting the names and addresses of the doctors, hospitals or health care providers.

**OBJECTION:**    Plaintiff objects to this subpart as it is not limited in time and scope nor is it limited to the part of the body at issue in the current action.  Subject to and without waiving said objections, Plaintiff produces executed medical authorizations in proper form.

16.    LOST WAGES

Does plaintiff claim a loss of earnings, wages or income as a result of the occurrence? If so, please state:

    (a)    The name and address of plaintiff's employer at the time of the occurrence.

**ANSWER:**    Plaintiff is not making a lost wage claim.

    (b)    The rate of pay with that employer.

**ANSWER:**    Plaintiff is not making a lost wage claim.

    (c)    The amount of plaintiff's claim, and show exactly how that amount was calculated.

**ANSWER:**    Plaintiff is not making a lost wage claim.

    (d)    List each day, by specific date, that plaintiff claims he has been unable to work because of the occurrence.

**ANSWER:**    Plaintiff is not making a lost wage claim.

    (e)    If plaintiff had a loss of income other than missing time from work, state the amount of the loss, the nature of the loss, and how the amount of the loss was calculated.

**ANSWER:**    Plaintiff is not making a lost wage claim.

    (f)    Please sign the attached employer authorization and insert the name and address of the employer.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**ANSWER:**     Plaintiff is not making a lost wage claim.

17.     DEFECTS

State whether a claim is made that there was a defective condition or failure of any nature which contributed to cause the incident in question, and if so, state the nature of said defective condition and what actually occurred to contribute to the cause of the incident in question.

**OBJECTION:**        Plaintiff objects to this interrogatory in that it calls for expert opinions and/or conclusions that are beyond the expertise of a lay witness.  Subject to and without waiving said objections, Defendant is referred to the Petition.

18.     Has Plaintiff ever applied for or received any benefits from Medicare, Medicaid, Missouri HealthNet, the Social Security Administration at any time (whether prior to or after the incident that is the subject of this lawsuit)?  If so, please state the following:

(a)     the date(s) which you applied for and the date(s) you first received such benefits;
(b)     whether there exists any lien for treatment of any physical or mental injury which you allege to have been proximately caused by the incident(s) which are the subject of this lawsuit;
(c)     identify all such liens by lien holder and amount;
(d)     identify the associated health care providers from whom you sought treatment; and
(e)     identify any Medicare coordinator or benefit contractor and secondary payment recovery contractor representative who handled or who is handling plaintiff's claim.

**ANSWER:**     Yes
(a) March 2020;
(b) None;
(c) None;
(d) None;
(e) None.

19.     Does Plaintiff have a Twitter account?  If so, please provide Plaintiff's Twitter handle.

**OBJECTION:**        Plaintiff objects to this interrogatory in that it is overbroad and an invasion of privacy that is not limited to the matter placed at issue in this case and not reasonably calculated to lead to the discovery of admissible evidence.

20.     Please provide the name(s) and address(es) of Plaintiff's primary care physician for the 5 years preceding the date of this incident.

**ANSWER:**      ████████████ te. 203
St. Louis, MO  63119

21.     Does plaintiff expect to be a Medicare beneficiary within the next five years?

**ANSWER:**      ██████████████████████████

22.     Does plaintiff have End-Stage Renal Disease ("ESRD"), any form of kidney disease, Amyotrophic Lateral Sclerosis (often referred to as "Lou Gehrig's disease")?  If so, please provide the following:

(a)     State type of disease;
(b)     Date the disease was diagnosed;
(c)     Whether plaintiff is being treated for the disease?  If so, describe the treatment;
(d)     What is the medical prognosis of the disease;
(e)     Has plaintiff applied for Medicare benefits?

**ANSWER:**    No.

23.     Identify each item of personal property you claim was damaged or destroyed as a result of this incident, and for each item of personal property identified, please state:

(a)     The date of purchase of item;
(b)     The purchase price of the item;
(c)     Whether the item was purchased as a new or used item;
(d)     The current location of the item;
(e)     Whether the item was repaired or replaced after the incident.

**ANSWER:**    None.

24.     Did Plaintiff own a cellular telephone on February 16, 2016? If so, please state:

(a)     The number assigned to Plaintiff's cellular telephone;
(b)     The provider for Plaintiff's cellular telephone service(s);
(c)     Whether Plaintiff has the same cellphone number and/or service provider;

**OBJECTION:**      Plaintiff objects to this interrogatory in that it is not reasonably calculated to lead to the discovery of admissible evidence.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**GOLDBLATT & SINGER**

*/s/ Joseph Weidhaas*
Joseph Weidhaas #61912
8182 Maryland Ave., Ste. 801
St. Louis, MO 63105
(314) 231-4100
(314) 241-5078
jweidhaas@stlinjurylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail this 12th day of October, 2020 and addressed to the following attorney(s):

Michael Reda
HeplerBroom LLC
211 North Broadway
Suite 2700
Saint Louis, MO  63102

*/s/ Joseph Weidhaas*

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

## PLAINTIFF'S SWORN SIGNATURE

**STATE OF MISSOURI**          )
                              ) SS
**ST. LOUIS COUNTY**           )

I, **DONNA VORWOLD,** of lawful age, being duly sworn upon oath, state that the above and forgoing Answers to Interrogatories are true to the best of my knowledge, information and belief.

**DONNA VORWOLD**

Subscribed and sworn to before me this 12TH  day of October, 2020.

JULIE J. DETJEN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020

NOTARY PUBLIC

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

# EX. B

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA VORWALD | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  4:20 CV 00856 JCH |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN SIGNATURES, INC. D/B/A | ) | |
| VALUE CITY FURNITURE | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S  FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

COMES NOW Plaintiff, by and through the undersigned counsel, and for her Responses and Objections to Defendant American Signature, Inc. d/b/a Value City Furniture's First Request for Production of Documents states:

**DOCUMENT REQUESTS**

1.      An authorization whereby defendant may obtain any and all medical, hospital and doctors' records, reports, x-rays pertaining to Plaintiff for alleged injuries for the past five years predating said incident as mentioned in Plaintiff's Petition (blank forms of which are attached hereto).

**ANSWER:**     See attached authorizations.

2.      True and accurate copies of any and all bills and records of charges for treatment or examination of Plaintiff from any and all healthcare providers since the occurrence in question and on account thereof. This request shall be deemed continuing as to any future examination or treatment on account of the occurrence in question by any healthcare provider.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**RESPONSE:**        Defendant is referred to the medical bills included in the attached Share File Link and previously provided in Plaintiff's Rule 26(a)(2) Disclosures.

3.        Copies of any and all photographs, videos, or movies in your possession showing the incident.

**RESPONSE:**        None in Plaintiff's possession.

4.        Copies of any and all photographs, videos, or movies in your possession reflecting any injuries sustained by Plaintiff.

**RESPONSE:**        Plaintiff will seasonably supplement.

5.        Copies of any and all photographs, videos, or movies in your possession reflecting any personal-property damage to Plaintiff to have resulted from this incident.

**RESPONSE:**        Plaintiff is not making a property damage claim.

6.        Copies of any and all photographs, videos, or movies in your possession of the scene of the incident mentioned in the Petition.

**RESPONSE:**        Defendant is referred to the documents included in the attached Share File Link and Bates Labeled VORWOLD PROD 000001-000002 and previously provided in Plaintiff's Rule 26(a)(1) Disclosures.

7.        Any statements obtained from Defendant or its agents, employees, or representatives.

**RESPONSE:**        None that Plaintiff is aware of other than the statement of Gregory Meyer provided by Defendant.

8.        If you claim to have lost wages as a result of this incident, please provide an authorization whereby Defendant may obtain your work records (blank form which is attached).

**RESPONSE:**        Plaintiff is not making a lost wage claim.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

9.      If you claim to have lost wages as a result of this incident, please produce all State and Federal Income Tax Returns, including all attachments and Schedules thereto, filed by or on your behalf for the tax years 2015 to the present.

**RESPONSE:**          Plaintiff is not making a lost wage claim.

10.      If you have made claims for any type of disability benefit from any entity (governmental, insurance, employer), please provide an authorization whereby Defendant may obtain your records concerning said disability benefits.

**RESPONSE:**          Plaintiff has not made any claims for disability.

11.      Copies of any communication between Plaintiff and Medicare, Medicaid, the Social Security Administration, or Missouri HealthNet, including but not limited to:

(a)      copies of all correspondence, explanation of benefit statements or other documents indicating a payment on behalf of plaintiff from Medicare, Medicaid, the Social Security Administration, or Missouri HealthNet;
(b)      copies of documents related to any submission by Plaintiff to Medicare, Medicaid, the Social Security Administration, or Missouri HealthNet seeking benefits for treatment of any physical or mental injury alleged to have been directly and proximately caused by the incident(s) that is the subject of this lawsuit; and
(c)      copies of documents referencing or memorializing the amount of Medicare's, Medicaid's, the Social Security Administration's, or Missouri HealthNet's lien for benefits provided to the Plaintiff.

**RESPONSE:**          None.

12.      If Plaintiff has ever filed a worker's compensation claim for injuries to the parts of her body allegedly injured in this incident, please provide an authorization whereby Defendant may obtain any and all records contained in the worker's compensation file related to said claim (blank form is attached hereto).

**RESPONSE:**          N/A.

13.      Copies of any postings made by Plaintiff on Twitter, Facebook, or any other social media website since the date of the incident.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**OBJECTION:**          Plaintiff objects to this request in that it is overbroad and an invasion of privacy that is not limited to the matter placed at issue in this case and not reasonably calculated to lead to the discovery of admissible evidence.

14.     Copies of any and all photographs and/or videos of Plaintiff posted by Plaintiff on Twitter, Facebook, or any other social medial website since the date of the incident.

**OBJECTION:**          Plaintiff objects to this request in that it is overbroad and an invasion of privacy that is not limited to the matter placed at issue in this case and not reasonably calculated to lead to the discovery of admissible evidence.

15.     Copies of any documents provided by you to any person you expect to call as a retained or non-retained expert witness.

**OBJECTION:**          Plaintiff objects in that it is violative of the doctrine of work product.

16.     Copies of all documents relied upon by any person you expect to call as a retained expert.

**OBJECTION:**          Plaintiff objects in that it is violative of the doctrine of work product.

17.     Copies of any settlement agreements, covenants not to sue or Mary Carter Agreements entered into by Plaintiff with any other party regarding this incident.

**ANSWER:**          None.

18.     Copies of any reports prepared by any governmental agencies regarding the incident at issue.

**RESPONSE:**          None that Plaintiff is aware of other than what may be contained in the medical records.

19.     A copy of any explanation of benefits regarding Plaintiff's medical treatment which Plaintiff alleges is related to this incident.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**RESPONSE:**        Defendant is referred to the documents included in the attached Share File Link and Bates Labeled VORWOLD PROD 000003-000006.

20.    With respect to each item of personal property that Plaintiff claims was damaged or destroyed as a result of this incident, please produce any and all receipts for those items, in addition to any and all documentation regarding:

(a)    The date of purchase of item;
(b)    The purchase price of the item;
(c)    Whether the item was purchased as a new or used item;
(d)    The current location of the item;
(e)    Whether the item was repaired or replaced after the incident.

**RESPONSE:**        Plaintiff is not making a property damage claim.

21.    An authorization whereby defendant may obtain any and all records, call logs, text-message logs, web-use logs, triangular and GPS location data, and/or any other documents that indicates use of any service offered by Plaintiff's cellphone service provider to Plaintiff's cellular telephone phone on February 16, 2016 (a blank form is attached hereto).

**OBJECTION:**        Plaintiff objects to this Request in that it is not reasonably calculated to lead to the discovery of admissible evidence.

                    **GOLDBLATT & SINGER**

                    */s/ Joseph Weidhaas*
                    Joseph Weidhaas #61912
                    8182 Maryland Ave., Ste. 801
                    St. Louis, MO 63105
                    (314) 231-4100
                    (314) 241-5078
                    jweidhaas@stlinjurylaw.com

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic mail this 12th day of October, 2020 and addressed to the following attorney(s):


Michael Reda
HeplerBroom LLC
211 North Broadway
Suite 2700
Saint Louis, MO  63102

*/s/ Joseph Weidhaas*

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

# EX. C

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**From:** Adam S. McGonigle
**Sent:** Wednesday, October 14, 2020 2:24 PM
**To:** 'Joseph Weidhaas' <jweidhaas@stlinjurylaw.com>
**Cc:** Michael Reda <Michael.Reda@heplerbroom.com>; Debbie L Britton <Debbie.Britton@heplerbroom.com>
**Subject:** Vorwold - Rule 37 letter

Mr. Wiedhaas,

Please let this e-mail serve as a good faith attempt to resolve this discovery dispute pursuant to Rule 37. I am in receipt of Plaintiff's Objections and Answers to Interrogatories and Objections and Responses to Defendant's Requests for Production. Those answers/responses are deficient in the following respects:

1. RFP No. 1: This Request seeks authorizations whereby Defendant may obtain Plaintiff's medical records for injuries dating back 5 years from the incident at Value City. The authorizations Plaintiff provided improperly seek to limit the production to medical records involving only Plaintiff's left arm, left shoulder, left knee, and left wrist. This limitation is improper. In light of Plaintiff's shifting representations about which body parts were injured in the incident at Value City – and in her prior motor vehicle accident – Defendant is entitled to a clean authorization. Please provide.

2. RFP No. 4: This Request seeks photographs, videos, and movies reflecting Plaintiff's injuries. Plaintiff responds that she will "seasonably supplement." Plaintiff's discovery responses were originally due Sept. 12, 2020. Whatever responsive photographs, videos, or movies Plaintiff may have should have already been produced. Please supplement immediately.

3. RFPs Nos. 13 and 15 and Rog 19: These Requests / Interrogatories seek information about and copies of any postings, photos, or videos made by Plaintiff on various social media platforms. Despite the fact that such posts are, by definition, publicly disseminated, Plaintiff objects that this is an "invasion of privacy." That is incorrect. *See, e.g., Michael Brown, Sr. v. City of Ferguson*, 2017 WL  386544 (requiring disclosure of all social media over 5 year span, including "private" posts and messages). Please supplement.

4. Rog 12: This Interrogatory seeks the name and addresses of health care providers who treated or examined Plaintiff for the injuries she sustained in the June 13, 2014 car accident. Plaintiff objected on relevance and patient-physician grounds. Given Plaintiff's shifting explanations about which body parts were injured, these records are certainly relevant. And a plaintiff who puts her physical condition at issue in a lawsuit waives the patient-physician privilege for the purposes of that lawsuit. Please supplement and provide the additional medical records authorizations.

I am available any time today, tomorrow, or Friday for a meet and confer. Please let me know what time works best for you. My cell is 618-304-1039.

Adam McGonigle

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

# EX. D

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

DONNA VORWOLD                          )
                                       )     Cause No.: 18SL-CC01147
        Plaintiff,                     )
                                       )     Division No.: 9
        v.                             )
                                       )
NELL SODIPO,                           )
                                       )
        Defendant.                     )

**PLAINTIFF'S FIRST AMENDED PETITION FOR DAMAGES**

COMES NOW Plaintiff Donna Vorwold and for her cause of action against
Defendant Nell Sodipo herein states to the Court as follows:

1. Plaintiff Donna Vorwold is and was at all times mentioned a resident and
citizen of St. Louis City, State of Missouri.

2. Defendant Nell Sodipo is and was at all times mentioned a resident and citizen
of St. Louis County, State of Missouri.

3. The motor vehicle collision which is the subject matter of this case occurred in
St. Louis County, State of Missouri.  Venue and Jurisdiction is proper with this Court.

4. On or about June 13, 2014, Plaintiff Donna Vorwold was stopped in her
vehicle in the northbound lane of Lindemann Road at its intersection with Manchester
Road, an open and public thoroughfare in St. Louis County, State of Missouri when
Plaintiff's vehicle was violently struck by the motor vehicle being driven by Defendant
herein, causing Plaintiff the personal injuries as hereinafter set forth.

5. That said collision and injuries were directly and proximately caused by the
carelessness and negligence of the Defendant in the following respect to wit:

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

(a)      Defendant carelessly and negligently failed to exercise the highest degree of care to keep a lookout to the front and laterally so as to discover Plaintiff's vehicle before colliding with it;

(b)      Defendant carelessly and negligently failed and omitted to stop, slacken the speed of, swerve, or turn said motor vehicle so that the Defendant could have avoided causing the collision and injury to Plaintiff, although said Defendant, by the exercise of an ordinary degree of care could have done so, and thus and thereby have avoided said collision and injury to Plaintiff;

(c)      Defendant carelessly and negligently drove and operated said motor vehicle at a rate of speed that was high, excessive, dangerous, and not reasonably safe under the circumstances then and there existing.

6.   As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff was caused to suffer injuries to her ribs, left leg, left knee and left ankle. Plaintiff's injuries have been painful, progressive, and chronic.  Her injuries have caused her physical pain and have further caused her to incur reasonable and necessary medical bills in an amount to be determined during discovery.

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

WHEREFORE, Plaintiff Donna Vorwold prays for judgment against Defendant Nell Sodipo, together with her costs incurred herein and for such and further relief as the Court deems just and proper in the circumstances.

JOHN E TRESSLAR, LLC

By:   /s/ John E Tresslar
JOHN E TRESSLAR, #35364
Attorney for Plaintiff
1015 Locust Street, Suite 415
(314) 241-7216
(314) 24-0552 fax
John@johntresslarlaw.com

## CERTIFICATE OF MAILING

I certify that on this 19th day of February, 2020 the foregoing instrument was electronically  filed  with the Clerk of the Court and served upon all counsel of record via means of the Notice of  Electronic        Filing  pursuant  to  Court  Operating  Rule 27.01.

/s/  John E Tresslar

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

**IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

DONNA VORWOLD,                                )
                                             )
            Plaintiff,                        )        Cause No. 20SL-CC02843
                                             )
Vs.                                           )        Div.    18
                                             )
AMERICAN SIGNATURE, INC.,                     )
d/b/a  VALUE CITY FURNITURE,                  )
                                             )
            Defendant.                        )

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that the undersigned counsel will call for hearing *Defendant*

*American Signature, Inc.'s Motion to Compel* in the Circuit Court of St. Louis County,

Division 18, on **Monday, February 22, 2021 at 9:30 a.m.**, or as soon thereafter as counsel may

be heard via Zoom, Meeting No. 7600680820.


HEPLERBROOM LLC

By:   */s/ Adam McGonigle*
MICHAEL REDA            # 33591MO
mreda@heplerbroom.com
ADAM S. McGONIGLE      #66073MO
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160 / 314/241-6116 – Facsimile
*Attorneys for Defendant*

Electronically Filed - St Louis County - January 28, 2021 - 04:38 PM

## PROOF OF SERVICE

I hereby certify that I electronically filed on this 28th day of January, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
T: 314-231-4100 / F: 314-241-5078
jweidhaas@stlinjurylaw.com
Attorneys for Plaintiff

*/s/ Adam McGonigle*

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

STATE OF MISSOURI

| | | |
|---|---|---|
| DONNA VORWOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  20SL-CC02843 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN SIGNATURE, INC. D/B/A | ) | |
| VALUE CITY FURNITURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

COMES NOW Plaintiff Donna Vorwold, by and through undersigned counsel, and, for her Opposition to Defendant American Signature, INC.'s Motion to Compel states as follows.

**I. Medical Record Authorizations and Prior Medical Providers for Treatment on Body Parts not put at issue by the Petition.**

1.      The Petition pled Defendant caused injuries to Plaintiff Vorwold's left upper shoulder/arm, left knee and left wrist when Plaintiff fell on Defendant's premises on February 16, 2016. [*see*, Ex. A, Plaintiff's Petition for Damages]

2.      Plaintiff's Counsel already provided Defense Counsel medical authorization for the left shoulder, left arm, left knee and left wrist [*see,* Ex. B, Authorizations], although not required to do so by the Missouri Rules of Civil Procedure. *State ex Rel. Collins v. Roldan*, 289 S.W.3d 780, 784 (court will not compel a patient to execute a medical authorization authorizing *ex parte* discussions); *See also, Stecher v. Dowd*, 912 S.W.2d 462 (Mo. banc. 1996) (*discovery* of unrelated medical conditions is prohibited); *and, State ex rel. Brown v. Dickerson*,

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

136 S.W.3d 539 (Mo. App. 2004) (prohibiting defendants from engaging in discovery on plaintiff's unrelated medical conditions).

3.      Although Plaintiff agrees to waive certain aspects of the physician-patient privilege by filing suit, the waiver of privilege "is not general as to all medical records." *State ex rel. Fennewald v. Joyce*, 2017 WL 5623040 (Mo. banc 2017).  Therefore, "defendants are not entitled to any and all medical records, **but only those records that relate to the physical conditions at issue under the pleadings**." *Id*. (emphasis added).  For the same reason, Plaintiff is not required to list providers for treatment to areas of the body not put at issue by the Petition.

4.      Plaintiff's Counsel was requested to provide an authorization not specific to body parts. Plaintiff's Counsel informed Defense Counsel in an email response to their request on 12/21/2020 [see, Ex. C, E-mail from Mr. Weidhaas to Ms. Clifton] that Plaintiff's Counsel does not provide authorizations that are not limited to the body parts at issue in the Petition as dictated by Missouri law. Defense Counsel is suggesting in their Motion to Compel that the provider would release records not specific to the sides of the body, however Defense Counsel never requested this of Plaintiff's Counsel, they requested authorizations not limited to body parts at all.

5.      Plaintiff's Counsel also already gave Defense the records Defense Counsel seeks.

WHEREFORE, Plaintiff respectfully requests the Court deny the Defendants Motion to Compel and for any other such further relief as the Court deems just and proper under the circumstances.

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

**GOLDBLATT + SINGER**

*/s/Joseph M. Weidhaas*
**Joseph Weidhaas #61912**
**jweidhaas@stlinjurylaw.com**
**8182 Maryland Avenue- Suite 801**
**St. Louis, MO  63105**
**(314) 231-4100—Office**
**(314) 241-5078—Facsimile**
***ATTORNEY FOR PLAINTIFF***


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 19th day of February, 2021 a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Michael Reda
Adam S. McGonigle
211 N. Broadway Street, Suite 2700
St. Louis, MO 63102
(314) 241-6160 – Phone
(314) 241-6116 – Fax
mreda@heplerbroom.com
asm@heplerbroom.com

*Attorneys for Defendant*


*/s/Joseph M. Weidhaas*

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

20SL-CC02843

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| DONNA VORWOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Division No. |
| | ) | |
| AMERICAN SIGNATURE, INC. D/B/A | ) | |
| VALUE CITY FURNITURE, | ) | **JURY TRIAL DEMANDED** |
| **Serve:** | ) | |
| **CSC-LAWYERS INCORPORATION** | ) | |
| **SERVICE COMPANY** | ) | |
| **221 Boliver Street** | ) | |
| **Jefferson City, MO  65101**, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION

COMES NOW Plaintiff Donna Vorwold, by and throgh her attorneys of record,

Goldblatt + Singer, and for her causes of actions against Defendant American Signature, Inc., d/b/a

Value City Furniture, states and avers as follows:

## GENERAL ALLEGATIONS

1.      At all relevant times herein mentioned, Plaintif Donna Vorwold was and is a

resident of the State of Missouri.

2.      Defendant American Signature, Inc. is a foreign corporation, registered in the State

of Missouri for the purpose of operating retail stores.  Defendant American Signature ("Am Sig"

is registered to conduct business in the State of Missouri under the fictitious name Value City

Furniture, a retail store located at or previously located at 7077 Chippewa, St. Louis, MO  63119.

3.      The tortious acts, and the injuries caused, as discussed herein, occurred in St. Louis

County, Missouri, providing this Court with jurisdiction and venue over the matter.

1

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

4.      At all relevant times to this action, Defendant Am Sig owned and/or possessed and/or controlled the premises known as Value City Furniture, located at 7077 Chippewa, St. Louis, MO  63119 (hereainafter "Value City" or "the premises").  Defendant was responsible for the management, general maintenance, upkeep and safety of the Value City premises.  Defendant had a duty to inspect the premises for dangerous conditions before invitees and/or members of the public were on the property.

5.      At all times relevant times herein mentioned, Plaintff was a guest and invitee of Defendant Am Sig.  Defendant had the expectation of gaining a material benefit from Plaintiff's visit to the premises.  Plaintiff, in turn, was relying on Defendant to prevent unreasonable risks of harm to her while on the premises.

6.      On or about February 16, 2016, Plaintiff was at the premises shopping.  While walking in an area open and available to invitees and/or members of the public, Plaintiff tripped over wooden support slats and fell seriously injuring her left upper arm/shoulder, left knee, and left wrist, necessitating surgical intervention.

7.      Defendant Am  Sig, its agents and employees, owed a duty to inspect the premises on a regular basis, note any dangerous conditions thereof, and remedy, barricade or warn guests and/or invitees about such conditions so that guests or invitees would not be unnecessarily injured.

8.      Defendant Am Sig owed a duty of using reasonable care under the circumstances.

9.      Defendant Am Sig and/or its employees or agents knew or should or could have known of the existence of the dangerous condition of the support slats in an area open and available to invitees and/or members of the public.

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

10.     Defendant Am Sig and its employees and/or agents did not use ordinary or reasonable care to maintain the area, warn of the dangerous condition, barricade or mark or light the dangerous condition, or simply remove or correct the dangerous condition.

## COUNT I:  PREMISES LIABILITY

11.     Plaintiff incorporates paragraphs 1 through 10, above, as though fully set foth herein.

12.     At all times herein concerned, Defendant Am Sig had actual control and possession of the premises located at 7077 Chippewa, St. Louis, Missouri 63119.

13.     While exercising ordinary care under the circumstances, Plaintiff was walking in an area open and available to invitees and/or members of the public, Plaintiff tripped over wooden support slats and fell seriously injuring her left upper arm/shoulder, left knee, and left wrist, necessitating surgical intervention.

14.     The wooden support slats Plaintiff tripped on constituted a dangerous conditon.

15.     The dangerous condition was created by Defendant Am Sig, its agents, employees, guests, or invitees at the Value City store.

16.     Defendant Am Sig or its employees or agents did not exercise reasonable or ordinary care to remove, remedy, barricade, mark or warn of the dangerous condition.

17.     As a result of the dangerous condition, the property of Defendant Am Sig or the property under Defendant's possession and control, was not reasonably safe.

18.     The aforesaid fall and the injuries and damages sustained by Plaintiff described below are the direct and proximate result of the negligence, carelessness, faults and omissions of Defendant American Signature in one, more, or all of the following particulars, to wit:

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

a.    choosing not to use reasonable care to remedy, barricade, guard against, mark or warn of the dangerous conditon, when Defendant knew or in the exercise of reasonable or ordinary care could have known about the dangerous conditions;

b.    choosing not to carefully inspect the floor for dangerous conditions, such as the one presented by the wooden support slats causing a tripping hazard; and

c.    choosing to allow there to be wooden support slats on the floor where invitees normally walk, causing Plaintiff to trip, fall, and suffer injuries.

19.    Defendant Am Sig's negligence, carelessness, faults and omissions, as aforesaid, directly and proximately cause or contributed to cause Plaintiff to sustain bodily injury, pain and suffering to her left upper arm/shoulder, left knee, and left wrist, necessitating surgical intervention.  Due to her injuries, Plaintiff required care and treatment from hospitals, physicans, and other health care professionals, all at substantial expense.  Plaintiff was caused and continues to have pain, suffering, inconvenience, impaired mobility, impaired activities of daily living, and the ordinary emotional distress that goes with a fall and her resulting injuries, loss of quality of life and inconvenience.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant American Signature, Inc. for damages that are fair and reaonsable, for costs incurred herein, and for all other such damages that the Court deems just and proper under the circumstances.

## COUNT II:  NEGLIGENCE

20.    Plaintiff incorporates by reference the allegations of paragraphs 1 through 19, above, as though fully set forth herein.

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

21.     The injuries and damages suffered by Plaintiff, as set forth above, were the direct and proximate result of the negligent acts and/or omissions of Defendant Am Sig, its agents and employees, and each of them, in one, more or all of the following particulars, to wit:

     a.     choosing not to use reasonable care to remedy, barricade, guard against, mark or warn of the dangerous conditon, when Defendant knew or in the exercise of reasonable or ordinary care could have known about the dangerous conditions;

     b.     choosing not to carefully inspect the floor for dangerous conditions, such as the one presented by the wooden support slats causing a tripping hazard; and

     c.     choosing to allow there to be wooden support slats on the floor where invitees normally walk, causing Plaintiff to trip, fall, and suffer injuries.

22.     Defendant Am Sig knew or should or could have known through the use of reasonable or ordinary care that Plaintiff or others like Plaintiff would walk in the area of the dangerous condition, but Defendant still failed to warn, remove, barricade or otherwise remedy the condition.

23.     As a direct and proximate result of the negligent acts and omissions of Defendant American Signature, Inc., its employees and agents, as aforesaid, and the dangerous conditions of the property, Plaintiff suffered the injuries and damages set out above.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant American Signature, Inc. for damages that are fair and reasonable, for costs incurred herein, and for all other such damages that the Court deems just and property under the circumstances.

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

**GOLDBLATT + SINGER**

<u>/s/ Joseph M. Weidhaas</u>
Joseph Weidhaas #61912
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
(314) 231-4100 Telephone
(314) 241-5078 Facsimile
jweidhaas@stlinjurylaw.com
Attorneys for Plaintiff

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS:<br>Des Peres Square Surgery Center<br>1050 Old Des Peres Road, Ste. 150<br>Des Peres, MO. 63131 | RECIPIENT'S NAME & ADDRESS:<br>**Michael Reda**<br>**HeplerBroom LLC**<br>**211 North Broadway**<br>**Suite 2700**<br>**Saint Louis, MO 63102** | |
|---|---|---|
| PATIENT:<br>DONNA VORWOLD | PATIENT SSN: ▮▮▮▮ | PATIENT DOB: ▮▮▮▮ |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br>2/16/2011 to present date | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br>Left Arm, Left Shoulder, Left Knee, Left Wrist | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts. Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys: **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

_X Donna Vorwold_
**DONNA VORWOLD**

_12/21/2020_
Date

Subscribed and Sworn before me on this __21st__ date of __December__ in 2020

Notary Public: _Katherine Elizabeth Sherer_     My Commission Expires:



KATHERINE ELIZABETH SHERER
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 10916214
St. Charles County
My Commission Expires: July 24, 2024

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | | |
|---|---|---|---|
| Agility Orthopedics<br>555 North New Ballas Road<br>Ste. 175<br>St. Louis, MO  63141 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** ▆▆▆▆ | | **PATIENT DOB:** ▆▆▆▆ |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br><center>2/16/2011 to present date</center> | | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br><center>Left Arm, Left Shoulder, Left Knee, Left Wrist</center> | | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.


_X Donna Vorwold_____
**DONNA VORWOLD**

_10/6/2020_____
**DATE**

Subscribed and sworn to before me this _6th_ day of _October_, 2020.

_Julie Detjen_____
**NOTARY PUBLIC**

My Commission Expires: 

```
JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020
```

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| ApexNetwork Physical Therapy<br>5203 Chippewa, Ste. 200<br>St. Louis, MO  63109 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| PATIENT:<br>DONNA VORWOLD | PATIENT SSN: ▮▮▮▮ | PATIENT DOB: ▮▮▮▮ |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br>2/16/2011 to present date | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br>Left Arm, Left Shoulder, Left Knee, Left Wrist | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV).  **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

x _Donna Vorwold_ _____  ___ 10/6/2020 ___
**DONNA VORWOLD**  **DATE**

Subscribed and sworn to before me this 6th day of October, 2020.

_signature_ _____  My Commission Expires: _____

**NOTARY PUBLIC**

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: |
|---|---|
| Ballas Anesthesia<br>P.O. Box 60329<br>St. Louis, MO  63160 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 |

| PATIENT:<br>DONNA VORWOLD | PATIENT SSN: ▮▮▮▮ | PATIENT DOB: ▮▮▮▮ |
|---|---|---|

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT: |
|---|
| 2/16/2011 to present date |

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS: |
|---|
| Left Arm, Left Shoulder, Left Knee, Left Wrist |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV).  **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

x_Donna Vorwold_____     _10/6/2020_____
**DONNA VORWOLD**                          **DATE**

Subscribed and sworn to before me this _6th_ day of _October_, 2020.

_Julie Detjen_____     My Commission Expires:
**NOTARY PUBLIC**

| JULIE J. DETJEN<br>Notary Public—Notary Seal<br>STATE OF MISSOURI<br>St. Charles County<br>My Commission Expires: Jan. 26, 2022<br>Commission # 13403020 |
|---|

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| Metro Imaging, LLC<br>13303 Tesson Ferry Road<br>Ste. 30<br>St. Louis, MO  63128 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** | **PATIENT DOB:** |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br>2/16/2011 to present date | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br>Left Arm, Left Shoulder, Left Knee, Left Wrist | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV).  **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.


x _Donna Vorwold_ _____     _10/6/2020_ _____
**DONNA VORWOLD**                          **DATE**


Subscribed and sworn to before me this 6th day of October, 2020.

_Julie Detjen_ _____     My Commission Expires: _____
**NOTARY PUBLIC**

> JULIE J. DETJEN
> Notary Public—Notary Seal
> STATE OF MISSOURI
> St. Charles County
> My Commission Expires: Jan. 26, 2022
> Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| Neurological & Electrodiagnostic Institute<br>14825 N. Outer 40 Road, Ste. 330<br>Chesterfield, MO  63017 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** ▮▮▮▮▮ | **PATIENT DOB:** ▮▮▮▮▮ |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br><div align=center>2/16/2011 to present date</div> | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br><div align=center>Left Arm, Left Shoulder, Left Knee, Left Wrist</div> | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts. Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

_x Donna Vorwold_      _10/6/2020_
**DONNA VORWOLD**        **DATE**

Subscribed and sworn to before me this 6th day of October, 2020.

_Julie Detjen_      My Commission Expires:   
**NOTARY PUBLIC**

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| Omni Physical Therapy<br>1000 Des Peres Road, #130<br>St. Louis, MO  63131 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:**<br>██████ | **PATIENT DOB:**<br>██████ |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br>2/16/2011 to present date | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br>Left Arm, Left Shoulder, Left Knee, Left Wrist | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV).  **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.


x_Donna Vorwold_____     ___10/6/2020_____
**DONNA VORWOLD**                       **DATE**


Subscribed and sworn to before me this 6th day of October, 2020.

_Julie Detjen_____     My Commission Expires: _____
**NOTARY PUBLIC**

```
JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020
```

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| Orthopedic Specialists P.C.<br>2325 Dougherty Ferry Road<br>St. 100<br>St. Louis, MO  63122 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** ▆▆▆▆ | **PATIENT DOB:** ▆▆▆▆ |

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT: |
|---|
| 2/16/2011 to present date |

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS: |
|---|
| Left Arm, Left Shoulder, Left Knee, Left Wrist |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.


_x Donna Vorwold_____     _10/6/2020_____
**DONNA VORWOLD**                               **DATE**


Subscribed and sworn to before me this 6th day of October, 2020.

_Julie Detjen_____     My Commission Expires:
**NOTARY PUBLIC**

| JULIE J. DETJEN |
|---|
| Notary Public—Notary Seal |
| STATE OF MISSOURI |
| St. Charles County |
| My Commission Expires:  Jan. 26, 2022 |
| Commission # 13403020 |

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| Peak Sport and Spine<br>3301 Berrywood Drive<br>Ste. 204<br>Columbia, MO  65201 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** <br>▬▬▬▬ | **PATIENT DOB:**<br>▬▬▬▬ |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br><center>2/16/2011 to present date</center> | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br><center>Left Arm, Left Shoulder, Left Knee, Left Wrist</center> | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

_x Donna Vorwold_____    _10/6/2020_____
**DONNA VORWOLD**    **DATE**

Subscribed and sworn to before me this 6th day of October, 2020.

_Julie Detjen_____    My Commission Expires: 
**NOTARY PUBLIC**

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires:  Jan. 26, 2022
Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: |
|---|---|
| Quest Diagnostics<br>P.O. Box 740780<br>Cincinnati, OH  45274-0780 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 |

| PATIENT:<br>DONNA VORWOLD | PATIENT SSN: ▇▇▇▇ | PATIENT DOB: ▇▇▇▇ |
|---|---|---|

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br>2/16/2011 to present date |
|---|
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br>Left Arm, Left Shoulder, Left Knee, Left Wrist |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

_x Donna Vorwold_____     _10/6/2020_____
**DONNA VORWOLD**                                    **DATE**

Subscribed and sworn to before me this 6th day of October, 2020.

_Julie Detjen_____          My Commission Expires: _____
**NOTARY PUBLIC**

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: |
|---|---|
| Shrewsbury Fire Department<br>4400 Shrewsbury Avenue<br>St. Louis, MO  63119 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 |

| PATIENT:<br>DONNA VORWOLD | PATIENT SSN: | PATIENT DOB: |
|---|---|---|

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT: |
|---|
| 2/16/2011 to present date |

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS: |
|---|
| Left Arm, Left Shoulder, Left Knee, Left Wrist |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV).  **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

x_____        _10/6/2020_____
**DONNA VORWOLD**                              **DATE**

Subscribed and sworn to before me this 6th day of October, 2020.

_____        My Commission Expires: _____
**NOTARY PUBLIC**

| JULIE J. DETJEN |
|---|
| Notary Public—Notary Seal |
| STATE OF MISSOURI |
| St. Charles County |
| My Commission Expires: Jan. 26, 2022 |
| Commission # 13403020 |

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| SLUCare Physician Group<br>3660 Vista Avenue, Ste. 107<br>St. Louis, MO 63110 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO 63102 | |
| PATIENT:<br>DONNA VORWOLD | PATIENT SSN: | PATIENT DOB: |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br>2/16/2011 to present date | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br>Left Arm, Left Shoulder, Left Knee, Left Wrist | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts. Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

x_Donna Vorwold_____    _10/6/2020_____
**DONNA VORWOLD**                              **DATE**

Subscribed and sworn to before me this _6th_ day of _October_, 2020.

_Julie Detjen_____    My Commission Expires: _____
**NOTARY PUBLIC**

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| SSM Health St. Mary's Hospital<br>P.O. Box 28205<br>St. Louis, MO  63132 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** | **PATIENT DOB:** |

| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT: |
|---|
| 2/16/2011 to present date |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS: |
| Left Arm, Left Shoulder, Left Knee, Left Wrist |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts. Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105 at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

x Donna Vorwold
**DONNA VORWOLD**

10/6/2020
**DATE**

Subscribed and sworn to before me this 6th day of October, 2020.

_____
**NOTARY PUBLIC**

My Commission Expires: _____

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| St. Luke's Des Peres Hospital<br>2345 Dougherty Ferry Road<br>St. Louis, MO  63128 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO  63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** ▇▇▇ | **PATIENT DOB:** ▇▇▇ |
| **THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:**<br>2/16/2011 to present date | | |
| **THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:**<br>Left Arm, Left Shoulder, Left Knee, Left Wrist | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts.  Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV).  **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.


x_Donna Vorwold_____          _10/6/2020_____
**DONNA VORWOLD**                    **DATE**


Subscribed and sworn to before me this _6th_ day of _October_, 2020.

_Julie Detjen_____          My Commission Expires: _____
**NOTARY PUBLIC**

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires:  Jan. 26, 2022
Commission # 13403020

Electronically Filed - St. Louis County - February 19, 2021 - 03:53 PM

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

| PROVIDER'S NAME & ADDRESS: | RECIPIENT'S NAME & ADDRESS: | |
|---|---|---|
| The Schumacher Group<br>P.O. Box 400<br>San Antonio, TX 78292 | Michael Reda<br>HeplerBroom LLC<br>211 North Broadway<br>Suite 2700<br>Saint Louis, MO 63102 | |
| **PATIENT:**<br>DONNA VORWOLD | **PATIENT SSN:** ▇▇▇▇ | **PATIENT DOB:** ▇▇▇▇ |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO THESE DATES OF TREATMENT:<br><center>2/16/2011 to present date</center> | | |
| THIS AUTHORIZATION IS EXPRESSLY LIMITED TO INFORMATION CONCERNING THESE BODY PARTS:<br><center>Left Arm, Left Shoulder, Left Knee, Left Wrist</center> | | |

I understand that the above-referenced medical provider is authorized by me to disclose my medical records, reports and other documents for treatment within the above-mentioned dates and limited to the above-mentioned body parts. Provided the records fall within the above-defined parameters, this authorization also includes medical bills, admission and discharge summaries, physician reports, nurses' notes, imaging reports, progress notes, office visit notes and consultation reports maintained as part of the patient's chart.

**I DO NOT AUTHORIZE** release of sensitive health information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). **I DO NOT AUTHORIZE** release of information about behavioral or mental health services, or information about treatment for drug or alcohol abuse.

**I DO NOT AUTHORIZE** the medical provider listed above or anyone from the medical provider's staff to speak with or have ex parte communications of any kind with any representative of the recipient law firm listed above.

I have read this authorization and understand what information will be used or disclosed, who may use and disclose the information, and the identity of the recipient(s) of that information. I understand that when the information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected health information. I further understand that I retain the right to revoke this authorization in writing.

This authorization expires one (1) year from the date signed.

The purpose for release of this medical information is for litigation.

I further request that the health care provider supply complete copies of all documents produced pursuant to this authorization to patient's attorneys, **GOLDBLATT + SINGER, 8182 MARYLAND AVE., STE. 801, ST. LOUIS, MO 63105** at their expense.

I fully understand and accept the terms of this authorization and have had an opportunity to receive a copy of this authorization.

A copy of this authorization is as valid as an original.

_x Donna Vorwold_
**DONNA VORWOLD**

_10/6/2020_
**DATE**

Subscribed and sworn to before me this 6th day of October, 2020.

_Julie Detjen_
**NOTARY PUBLIC**

My Commission Expires:

JULIE J. DETJEN
Notary Public—Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Jan. 26, 2022
Commission # 13403020

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

| From: | Joseph Weidhaas |
|---|---|
| To: | Angela S. Clifton |
| Cc: | Adam S. McGonigle; Michael Reda; Carrie Moore |
| Subject: | RE: Vorwold v. American Signatures, Inc., et al. |
| Date: | Monday, December 21, 2020 8:40:30 AM |

Michael, I don't provide authorizations that are not limited to body parts put at issue in the Petition, as dictated by clear Missouri caselaw.  We will send or resend the Des Peres authorization.

*Joseph  Weidhaas*
**GOLDBLATT ✦ SINGER**
8182 MARYLAND AVE.  SUITE 801
ST. LOUIS, MO  63105
P: (314) 231-4100
F: (314) 241-5078
jweidhaas@stlinjurylaw.com
www.stlinjurylaw.com

---

**From:** Angela S. Clifton <Angela.Clifton@heplerbroom.com>
**Sent:** Friday, December 18, 2020 3:24 PM
**To:** Joseph Weidhaas <jweidhaas@stlinjurylaw.com>
**Cc:** Adam S. McGonigle <Adam.McGonigle@heplerbroom.com>; Michael Reda <Michael.Reda@heplerbroom.com>
**Subject:** RE: Vorwold v. American Signatures, Inc., et al.

Mr. Weidhaas,

We have not received a response from you regarding the below email.  I have again attached the responses we received from these healthcare providers.  Since this email was sent,  we have also received the attached response from St. Mary's Hospital pertaining to billing records citing they are unable to provide the requested billing as the authorization lists specific body parts.  Please let us know when we can expect to receive updated authorizations that comply with these health care provider's requests.

Also, it does not appear we have received a signed authorization addressed to Des Peres Square Surgery Center.  Please provide an authorization for this provider so that we may obtain these records.

Thank you for courtesies in this matter.  Please feel free to contact Mr. Reda or Mr. McGonigle should you wish to discuss these issues further.  We look forward to your response.

---

**From:** Angela S. Clifton
**Sent:** Tuesday, October 27, 2020 10:08 AM
**To:** 'jweidhaas@stlinjurylaw.com' <jweidhaas@stlinjurylaw.com>
**Cc:** Adam S. McGonigle <Adam.McGonigle@heplerbroom.com>; Michael Reda <Michael.Reda@heplerbroom.com>; Debbie L Britton <Debbie.Britton@heplerbroom.com>
**Subject:** Vorwold v. American Signatures, Inc., et al.

Mr. Weidhaas,

Attached please find a response we received from SSM St. Mary's Hospital to our request for medical records.  They have indicated the authorization is not properly addressed to the correct facility.  Please provide an updated authorization for SSM St. Mary's Hospital with their correct hospital address (6420 Clayton Road, Richmond Heights, MO 63117) so that we may resubmit our request to obtain Plaintiff's medical records.

Also, attached is a response from SLUCare also for medical records.  They are requesting a more broadened authorization that is not limited to specific body parts.  Please provide an updated authorization for SLUCare that complies with their request.

Thank you for your courtesies in this matter.

**HB HeplerBroom**LLC
**Angela S. Clifton**
**Paralegal**
Angela.Clifton@heplerbroom.com
Phone: 314-480-4203
211 North Broadway, Suite 2700, St. Louis, MO 63102
www.HeplerBroom.com | vCard

---

**NOTE: Please send all correspondence, pleadings, discovery or other case related documents by email where possible. Due to the COVID-19 Pandemic, we are limiting in-person attendance to the office. HeplerBroom is fully operational remotely and will continue on with all endeavors remotely. Thank you for your cooperation.**

**HEPLERBROOM LLC NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. In compliance with the IRS, any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.**

**Email communication is not a secure method of communication. Please contact me immediately if you want future communications to be sent via a different medium.**

Electronically Filed - St Louis County - February 19, 2021 - 03:53 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

DONNA VORWOLD,                          )
                                        )
              Plaintiff,                )       Case No.  20SL-CC02843
                                        )
v.                                      )
                                        )
AMERICAN  SIGNATURE,  INC. D/B/A        )
VALUE CITY FURNITURE,                   )
                                        )
              Defendant.                )
                                        )

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of February, 2021

1.      Plaintiff's Supplemental Responses to Defendant's First Interrogatories to Plaintiff;

        and

2.      Plaintiff's Supplemental Responses to Defendant's First Request for Production of

        Documents to Plaintiff;

Along with a Certificate of Service were forwarded to Defendant's Counsel at

HeplerBroom LLC.


                        **GOLDBLATT & SINGER**

                        _/s/Joseph M. Weidhaas_____
                        **Joseph Weidhaas #61912**
                        **jweidhaas@stlinjurylaw.com**
                        **8182 Maryland Avenue- Suite 801**
                        **St. Louis, MO  63105**
                        **(314) 231-4100—Office**
                        **(314) 241-5078—Facsimile**

                        ***ATTORNEY FOR PLAINTIFF***

## IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

DONNA VORWOLD,                    )
                                  )
    Plaintiff,                    )      Cause No. 20SL-CC02843
                                  )
Vs.                               )      Div.    18
                                  )
AMERICAN SIGNATURE, INC.,         )
d/b/a  VALUE CITY FURNITURE,      )
                                  )
    Defendant.                    )

| FILED |
| --- |
| 02/22/21 |
| JOAN M. GILMER |
| CIRCUIT CLERK |
| ST. LOUIS COUNTY, MO |

### ORDER ON DEFENDANT AMERICAN SIGNATURE, INC.'S
### MOTION TO COMPEL

The parties, through counsel, appearing before the Court on Defendant American Signature, Inc.'s Motion to Compel, the Court orders as follows:

1.    Plaintiff is ordered to supplement her Answer to Defendant's Interrogatory No. 12 to provide the names and addresses of all health care providers who treated or examined Plaintiff for the injuries she sustained in the June 13, 2014 automobile accident.

2.    Plaintiff is ordered to provide to Defendant medical records authorizations allowing collection of Plaintiff's medical records from June 13, 2014 to present and for her legs, knees, ankles, and left arm, shoulder, and wrist within 10 days of the entry of this Order.

3.    This matter is set for case management conference at 9:00am CST on June 3, 2021.

4.    The parties are further ordered to mediate this case and to report on the status of the mediation at the June 3, 2021 case management conference.

**SO ORDERED:**

Date:_____

Judge    Division 18

February 22, 2021

1

Electronically Filed - St Louis County - February 22, 2021 - 02:38 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

DONNA VORWOLD,                          )
                                        )
                  Plaintiff,            )          Case No.  20SL-CC02843
                                        )
v.                                      )
                                        )
AMERICAN  SIGNATURE,  INC.  D/B/A       )
VALUE CITY FURNITURE,                   )
                                        )
                  Defendant.            )
                                        )

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of February, 2021, Plaintiff's Second

Supplemental responses to Defendant's First Interrogatories, along with a Certificate of Service

were forwarded to Defendant's Counsel at HeplerBroom LLC.

**GOLDBLATT & SINGER**

*/s/Joseph M. Weidhaas*
**Joseph Weidhaas #61912**
**jweidhaas@stlinjurylaw.com**
**8182 Maryland Avenue- Suite 801**
**St. Louis, MO  63105**
**(314) 231-4100—Office**
**(314) 241-5078—Facsimile**

***ATTORNEY FOR PLAINTIFF***

Electronically Filed - St Louis County - June 03, 2021 - 10:16 AM

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONNA VORWOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 20SL-CC02843 |
| | ) | |
| v. | ) | Div.    18 |
| | ) | |
| AMERICAN SIGNATURE, INC., | ) | |
| d/b/a  VALUE CITY FURNITURE, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now HeplerBroom LLC by Adam S. McGonigle, and hereby enters his appearance on behalf of defendant.

HEPLERBROOM LLC

By: ____/s/ Adam McGonigle_____
MICHAEL REDA                     # 33591
mreda@heplerbroom.com
ADAM S. McGONIGLE              #66073
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this 28th day of January, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph M. Weidhaas, Attorney for Plaintiff, 8182 Maryland Ave., Suite 801, Clayton, MO 63105, jweidhaas@stlinjurylaw.com.

_____/s/ Adam McGonigle_____

# IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
# STATE OF MISSOURI

DONNA VORWOLD )
)
Plaintiff(s), )     Cause No. 20SL-CC02843
)
vs. )     Division 18
)
)
AMERICAN SIGNATURE, INC )
D/B/A VAL )
Defendant(s).

> **FILED**
> 06/03/21
> JOAN M. GILMER
> CIRCUIT CLERK
> ST. LOUIS COUNTY, MO

## COURT ORDER

Cause set for status conference on August 11, 2021 at 1:30pm for an in person hearing to attempt to resolve the case.

### SO ORDERED:

Judge     Division 18

June 03, 2021

Nellie Ribaudo
Circuit Judge, Division 18

cc: to all parties, through counsel of record, via the court's electronic filing system.

Electronically Filed - St Louis County - July 19, 2021 - 02:38 PM

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

DONNA VORWOLD,                        )
                                      )
         Plaintiff,                   )      Cause No. 20SL-CC02843
                                      )
v.                                    )      Div.    18
                                      )
AMERICAN SIGNATURE, INC.,             )
d/b/a  VALUE CITY FURNITURE,          )
                                      )
         Defendant.                   )

**NOTICE TO TAKE DEPOSITION**

TO:     All Counsel of Record

PLEASE BE ADVISED that the undersigned attorney will cause the deposition of **Donna Vorwold** to be taken on **Friday, August 6, 2021** at **10:00 a.m.** at the offices of **HeplerBroom LLC, 211 North Broadway, Suite 2700, St. Louis, Missouri** upon oral examination pursuant to the Missouri Rules of Civil Procedure before a  shorthand reporter and notary public duly authorized to administer oaths.  Any party or their attorney may attend and participate as they see fit.

HEPLERBROOM LLC

By:    /s/ Adam McGonigle
MICHAEL REDA                    # 33591
mreda@heplerbroom.com
ADAM S. McGONIGLE               #66073
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

Attorneys for Defendant

Electronically Filed - St Louis County - July 19, 2021 - 02:38 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this 19th day of July, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave.
Suite 801
Clayton, MO 63105
jweidhaas@stlinjurylaw.com

Attorneys for Plaintiff

/s/ Adam McGonigle

cc:    Pohlman Reporting
       1-800-421-0099
       scheduling@pohlmanusa.com

Electronically Filed - St Louis County - August 05, 2021 - 11:01 AM

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

|  |  |  |
|---|---|---|
| DONNA VORWOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 20SL-CC02843 |
| | ) | |
| v. | ) | Div.   18 |
| | ) | |
| AMERICAN SIGNATURE, INC., | ) | |
| d/b/a  VALUE CITY FURNITURE, | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED NOTICE TO TAKE DEPOSITION

TO:   All Counsel of Record

PLEASE BE ADVISED that the undersigned attorney will cause the deposition of **Donna Vorwold** to be taken on **Friday, September 17, 2021** at **9:00 a.m.** at the offices of **Goldblatt + Singer, 8182 Maryland Avenue, Suite 801, St. Louis, Missouri** upon oral examination pursuant to the Missouri Rules of Civil Procedure before a  shorthand reporter and notary public duly authorized to administer oaths.  Any party or their attorney may attend and participate as they see fit.

HEPLERBROOM LLC

By:   */s/ Adam McGonigle*
MICHAEL REDA                     # 33591
mreda@heplerbroom.com
ADAM S. McGONIGLE            #66073
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

Attorneys for Defendant

Electronically Filed - St Louis County - August 05, 2021 - 11:01 AM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this 5th day of August, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave.
Suite 801
Clayton, MO 63105
jweidhaas@stlinjurylaw.com

Attorneys for Plaintiff

/s/ Adam McGonigle

cc:    Pohlman Reporting
       1-877-421-0099
       scheduling@pohlmanusa.com

# IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

|  |  |  |
|---|---|---|
| DONNA VORWOLD | ) | |
| Plaintiff(s), | ) | Cause No. 20SL-CC02843 |
| | ) | |
| vs. | ) | Division 18 |
| | ) | |
| | ) | |
| AMERICAN SIGNATURE, INC | ) | |
| DBA VALUE CITY | ) | |
| FURNITURE | ) | |
| Defendant(s). | ) | |

> **FILED**
> 08-10-2021
> JOAN M. GILMER
> CIRCUIT CLERK
> ST. LOUIS COUNTY, MO

## COURT ORDER

Cause set for CMC on October 22, 2021 at 9am. Cause removed from 8/11/21 setting.

The court hereby provides notice that it intends to conduct the scheduled proceeding by video conference technology.  No meeting invitation is required.  The below meeting information will be effective March 1, 2021.

To attend Division 18 virtually:

- URL:  https://mocourts.webex.com/meet/vcdiv18 mtg
- Meeting number:  146-118-7149 (www.webex.com and "join" the meeting)
- Audio:  dial +1-408-418-9388; enter meeting # 146-118-7149  (tolls apply).

Please mute your microphone upon entry to the meeting.  Please remain on mute if you are not counsel of record.  Recording or creating images of any portion of any court proceedings are strictly forbidden by the Missouri Supreme Court (absent a court order granting permission in advance).  Please remember that this is court; respectful attire and behavior are appreciated.

### SO ORDERED:

Judge        Division 18

August 10, 2021

Nellie Ribaudo
Circuit Judge, Division 18

cc: to all parties, through counsel of record, via the court's electronic filing system.

# IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

|  |  |  |
|---|---|---|
| DONNA VORWALD | ) | |
| Plaintiff(s), | ) | Cause No. 20SL-CC02843 |
| | ) | |
| vs. | ) | Division 18 |
| | ) | |
| | ) | |
| AMERICAN SIGNATURE, INC | ) | |
| DBA VALUE CITY | ) | |
| FURNITURE | ) | |
| Defendant(s). | ) | |

```
┌─────────────────────────────┐
│            FILED            │
│         09-08-2021          │
│       JOAN M. GILMER        │
│        CIRCUIT CLERK        │
│    ST. LOUIS COUNTY, MO     │
└─────────────────────────────┘
```

### COURT ORDER

Cause set for CMC on October 22, 2021 at 9am. Cause removed from 8/11/21 setting.

The court hereby provides notice that it intends to conduct the scheduled proceeding by video conference technology.  No meeting invitation is required.  The below meeting information will be effective March 1, 2021.

To attend Division 18 virtually:

- URL:  https://mocourts.webex.com/meet/vcdiv18 mtg
- Meeting number:  146-118-7149 (www.webex.com and "join" the meeting)
- Audio:  dial +1-408-418-9388; enter meeting # 146-118-7149  (tolls apply).

Please mute your microphone upon entry to the meeting.  Please remain on mute if you are not counsel of record.  Recording or creating images of any portion of any court proceedings are strictly forbidden by the Missouri Supreme Court (absent a court order granting permission in advance).  Please remember that this is court; respectful attire and behavior are appreciated.

**SO ORDERED:**

Judge        Division 18

September 08, 2021

Nellie Ribaudo
Circuit Judge, Division 18

cc: to all parties, through counsel of record, via the court's electronic filing system.

Electronically Filed - St Louis County - September 21, 2021 - 11:12 AM

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONNA VORWOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 20SL-CC02843 |
| | ) | |
| v. | ) | Div.    18 |
| | ) | |
| AMERICAN SIGNATURE, INC., | ) | |
| d/b/a  VALUE CITY FURNITURE, | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND AMENDED NOTICE TO TAKE DEPOSITION**

TO:    All Counsel of Record

PLEASE BE ADVISED that the undersigned attorney will cause the deposition of **Donna Vorwold** to be taken on **Wednesday, October 6, 2021** at **9:00 a.m.** at the offices of **Goldblatt + Singer, 8182 Maryland Avenue, Suite 801, St. Louis, Missouri** upon oral examination pursuant to the Missouri Rules of Civil Procedure before a shorthand reporter and notary public duly authorized to administer oaths.  Any party or their attorney may attend and participate as they see fit.

HEPLERBROOM LLC

By:    _/s/ Adam McGonigle_____
MICHAEL REDA                    # 33591
mreda@heplerbroom.com
ADAM S. McGONIGLE              #66073
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed on this 21st day of September, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave.
Suite 801
Clayton, MO 63105
jweidhaas@stlinjurylaw.com

Attorneys for Plaintiff

                                        */s/ Adam McGonigle*

cc:     Pohlman Reporting
         1-877-421-0099
         scheduling@pohlmanusa.com

Electronically Filed - St Louis County - September 29, 2021 - 07:52 AM

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

DONNA VORWOLD,                          )
                                        )
         Plaintiff,                     )      Cause No. 20SL-CC02843
                                        )
v.                                      )      Div.    18
                                        )
AMERICAN SIGNATURE, INC.,               )
d/b/a  VALUE CITY FURNITURE,            )
                                        )
         Defendant.                     )

## THIRD AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION

TO:    All Counsel of Record

PLEASE BE ADVISED that the undersigned attorney will cause the video deposition of

**Donna Vorwold** to be taken on **Friday, October 8, 2021** at **10:00 a.m.** at the offices of

**Goldblatt + Singer, 8182 Maryland Avenue, Suite 801, St. Louis, Missouri** upon oral

examination pursuant to the Missouri Rules of Civil Procedure before a shorthand reporter,

videographer and notary public duly authorized to administer oaths.  Any party or their attorney

may attend and participate as they see fit.

HEPLERBROOM LLC

By:____/s/ Adam McGonigle_____
MICHAEL REDA                    # 33591
mreda@heplerbroom.com
ADAM S. McGONIGLE               #66073
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

Attorneys for Defendant

Electronically Filed - St Louis County - September 29, 2021 - 07:52 AM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this 29th day of September, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave.
Suite 801
Clayton, MO 63105
jweidhaas@stlinjurylaw.com

Attorneys for Plaintiff

/s/ Adam McGonigle

cc:   Pohlman Reporting
      1-877-421-0099
      scheduling@pohlmanusa.com

Electronically Filed - St Louis County - October 05, 2021 - 02:44 PM

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

DONNA VORWOLD,                        )
                                      )
      Plaintiff,                     )        Cause No. 20SL-CC02843
                                      )
v.                                    )        Div.    18
                                      )
AMERICAN SIGNATURE, INC.,             )
d/b/a  VALUE CITY FURNITURE,          )
                                      )
      Defendant.                     )

## <u>ENTRY OF APPEARANCE</u>

Comes now HeplerBroom LLC by Michael Reda, and hereby enters his appearance on

behalf of defendant.

HEPLERBROOM LLC

By:    /s/ Michael Reda
MICHAEL REDA                        # 33591
mreda@heplerbroom.com
ADAM S. McGONIGLE                   #66073
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

Attorneys for Defendant

Electronically Filed - St Louis County - October 05, 2021 - 02:44 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this 5th day of October, 2021, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph M. Weidhaas
Goldblatt + Singer
8182 Maryland Ave.
Suite 801
Clayton, MO 63105
jweidhaas@stlinjurylaw.com

Attorneys for Plaintiff

_/s/Michael Reda_____

# IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

DONNA VORWOLD                        )
                                     )
            Plaintiff(s),            )          Cause No. 20SL-CC02843
                                     )
            vs.                      )          Division 18
                                     )
AMERICAN SIGNATURE, INC,             )
                                     )
            Defendant(s).            )
                                     )

```
FILED
10-19-2021
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO
```

## COURT ORDER

CMC is set for January 13, 2022 at 9am.   The court hereby provides
notice that it intends to conduct the scheduled proceeding by video conference technology.
No meeting invitation is required.  The below meeting information will be effective
September 30, 2021.

To attend Division 18 virtually:

- URL:  https://mocourts.webex.com/meet/vcdiv18 mtg
- Meeting number:  146-118-7149 (www.webex.com and "join" the meeting)
- Audio:  dial +1-408-418-9388; enter meeting # 146-118-7149 (tolls apply).

Please mute your microphone upon entry to the meeting.  Please remain on mute if
you are not counsel of record.  Recording or creating images of any portion of any court
proceedings are strictly forbidden by the Missouri Supreme Court (absent a court order
granting permission in advance).  Please remember that this is court; respectful attire and
behavior are appreciated.

### SO ORDERED:

Judge        Division 18

October 19, 2021

                                                                    _____

Circuit Judge, Division

cc: to all parties, through counsel of record, via the court's electronic filing system.

# IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
# STATE OF MISSOURI

|  |  |  |
|---|---|---|
| DONNA VORWOLD | ) ) ) | |
| Plaintiff(s), | ) | Cause No. 20SL-CC02843 |
| | ) | |
| vs. | ) | Division 18 |
| | ) | |
| | ) | |
| AMERICAN SIGNATURE INC | ) | |
| Defendant(s). | ) | |

> **FILED**
> 01-19-2022
> JOAN M. GILMER
> CIRCUIT CLERK
> ST. LOUIS COUNTY, MO

## COURT ORDER

**Court sets this cause for CMC on February 24, 2022 at 9:00am in person with clients.**

To attend Division 18 virtually:

- URL:  https://mocourts.webex.com/meet/vcdiv18mtg

- Meeting number:  146-118-7149 (www.webex.com and "join" the meeting)

- Audio:  dial +1-408-418-9388; enter meeting # 146-118-7149 (tolls apply).

Please mute your microphone upon entry to the meeting.  Please remain on mute if you are not counsel of record.  Recording or creating images of any portion of any court proceedings are strictly forbidden by the Missouri Supreme Court (absent a court order granting permission in advance).  Please remember that this is court; respectful attire and behavior are appreciated.

## SO ORDERED:

Judge          Division 18

January 19, 2022

Ellen Ribaudo
Circuit Judge, Division 18

cc: to all parties, through counsel of record, via the court's electronic filing system.

Electronically Filed - St Louis County - January 26, 2022 - 04:08 PM

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

DONNA VORWOLD,                           )
                                         )
        Plaintiff,                       )        Cause No. 20SL-CC02843
                                         )
v.                                       )        Div.    18
                                         )
AMERICAN SIGNATURE, INC.,                )
d/b/a  VALUE CITY FURNITURE,             )
                                         )
        Defendant.                       )

## **MEMORANDUM FOR COURT**

Come now the parties and jointly submit this memorandum to the Court with regard to the Case Management Conference set on February 24, 2022. At the last Case Management Conference, the parties requested that the matter be set for a Settlement Conference. The case was previously set for a Settlement Conference but was canceled and reset for a Case Management Conference. The parties respectfully request that Judge Ribaudo schedule a Settlement Conference on February 24, 2022 or such other date that the court has available.

                              _____*/s/Jason Guerra*_____
                              Jason Guerra                    #54567
                              Goldblatt + Singer
                              8182 Maryland Ave.
                              Suite 801
                              Clayton, MO 63105
                              jguerra@stlinjurylaw.com

                              Attorneys for Plaintiff

Electronically Filed - St Louis County - January 26, 2022 - 04:08 PM

HEPLERBROOM LLC

By:  /s/ Michael Reda
MICHAEL REDA                    # 33591
mreda@heplerbroom.com
ADAM S. McGONIGLE               #66073
asm@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed on this 26th day of January, 2022, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason Guerra
Goldblatt + Singer
8182 Maryland Ave.
Suite 801
Clayton, MO 63105
jguerra@stlinjurylaw.com

Attorneys for Plaintiff

                    /s/ Michael Reda

Electronically Filed - St Louis County - February 01, 2022 - 09:02 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

STATE OF MISSOURI

DONNA VORWOLD,                          )
                                        )
            Plaintiff,                  )          Case No.  20SL-CC02843
                                        )
v.                                      )
                                        )
AMERICAN SIGNATURE, INC. D/B/A          )
VALUE CITY FURNITURE,                   )
                                        )
            Defendant.                  )
                                        )

## ENTRY OF APPEARANCE

COMES NOW Jason D. Guerra, and hereby enters his appearance as counsel for Plaintiff

in the above-captioned matter.

*/s/  Jason D. Guerra*
Jason D. Guerra #54567
jguerra@stlinjurylaw.com
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
(314) 231-4100 Telephone
(314) 241-5078 Facsimile
*Attorneys for Plaintiff*

Electronically Filed - St Louis County - February 01, 2022 - 09:02 AM

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of February, 2022, the foregoing document was filed and served via the Court's electronic filing system to all counsel on record.


*/s/  Jason D. Guerra*

**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

For File Stamp Only

DONNA VORWOLD

Plaintiff(s)

vs.

AMERICAN SIGNATURE, INC

Defendant(s)

March 2, 2022

Date

20SL-CC02843

Case Number

18

Division

**FILED**
03/02/22
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY, MO

## CIVIL ORDER/MEMO

[ ] Comes now, _____,
and enters his/her appearance on behalf of Plaintiff/Defendant.

[X] Cause continued to _____May 5, 2022_____ at 10:30_____ a.m.

for [ ] Plaintiff    [ ] Defendant    [ ] Consent    [X] **settlement conf**

for [ ] Trial    [ ] Length of Trial _____days    [ ] Call Docket

**Party setting cause for trial responsible for notifying opposing party(ies).**

[ ] Defendant appears in person and voluntarily enters his/her appearance.

[ ] Plaintiff/Defendant requests a Change of Judge.

[ ] Plaintiff/Defendant requests a Change of Venue.

[ ] Plaintiff/Defendant requests a Jury Trial.

[ ] Plaintiff and Defendant waive Jury Trial.

[v] Other**: Counsel and parties to appear in person**

## JUDGMENT

[ ] Cause dismissed with/without prejudice at Plaintiff's costs.

[ ] Cause called. Parties fail to appear. Cause dismissed with/**without** prejudice for failure to prosecute.

## SO ORDERED:

Judge    Division 18

March 02, 2022

Date _____

Attorney _____ Bar No. _____

Address _____

Phone No. _____ Fax No. _____

Attorney _____ Bar No. _____

Address _____

Phone No. _____ Fax No. _____

CCAC36a  Rev. 12/02  WHITE – File    YELLOW – Plaintiff's Attorney    PINK – Defendant's Attorney    GOLDENROD - Other

**In the**

# CIRCUIT COURT
## of St. Louis County, Missouri

*Vorwold*
_____
Plaintiff(s)

vs.

*American Signature*
_____
Defendant(s)

Date *5/4/22*

Case Number *20SL-CC02843*

Division *18*

File Stamp Only

**FILED**

MAY 04 2022

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## CIVIL/CRIMINAL DOCKET MEMO

_____ Pre-trial Conference not held

_____ Pre-trial Conference held

_____ State/Plaintiff appears by: _____

_____ Defendant(s) appear by: _____

_____ Cause determined to be a definite trial

_____ Caused passed for settlement

_____ Track Number

_____ Length of time of trial

_____ Offer/Demand/Recommendation: _____

_____ Comments: _____

  ✗ Settlement Conference Date: *LMC   7/21/22   9am*

_____ Trial Date: _____

_____ Defendant fails to appear, warrant and bond forfeiture ordered.

## A COPY OF THIS ORDER WILL SERVE AS YOUR ONLY NOTICE;
## NO FURTHER NOTICE WILL BE MAILED.

*Jason Guerra 54567*
_____
Attorney                                    Bar No.

_____
Address

_____
Phone No.

**SO ORDERED**

_____
Attorney          *314 480 4197*      Bar No.

                                    *33591*

_____
Judge/Division          *5-4-22*

_____
Phone No.

CCCDT178   Rev. 01/2019          WHITE -- File          YELLOW -- Plaintiff/Attorney          PINK -- Defendant/Attorney